UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | Civil Action No. 1:09-md-2089-TCB<br><br>ALL CASES |

## DELTA AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT

Delta Air Lines, Inc. ("Delta"), pursuant to Federal Rule of Civil Procedure 56, N.D. Ga. L.R. 56, and other applicable law, hereby moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety. There are no genuine disputes of material fact in this case, and Delta is entitled to judgment as a matter of law. In support of this Motion, Delta relies upon all matters of record, including, but not limited to, the following materials, which Delta has moved, pursuant to the Court's instructions, to be filed under seal on this date:

(1) Delta Air Lines, Inc.'s Memorandum in Support of Its Motion for Summary Judgment;

(2) Delta Air Lines, Inc.'s Statement of Undisputed Facts; and

(3)   Delta Air Lines, Inc.'s Appendix of Exhibits in Support of Its Motion for Summary Judgment and Exhibit Nos. 1-30, 32-34, 37, 39-42, 46, 48-49, 51-55, 57-71, 74-80, 83, 87-98, 101-117.

Delta respectfully requests that summary judgment be entered in its favor as to Plaintiffs' claims, and Plaintiffs' Consolidated Amended Complaint (Dkt. 53) be dismissed with prejudice.

Dated: August 31, 2012

Respectfully submitted,

s/ Randall L. Allen
Randall L. Allen
Georgia Bar No. 011436
randall.allen@alston.com
Samuel R. Rutherford
Georgia Bar No. 159079
sam.rutherford@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7196
Fax: 404-253-8473

James P. Denvir
jdenvir@bsfllp.com
Scott E. Gant
sgant@bsfllp.com
Michael S. Mitchell
mmitchell@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131

*Counsel for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2012, I filed the foregoing DELTA AIR LINES, INC.'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

*Interim Liaison Counsel for Plaintiffs:*
David H. Flint
Jared W. Heald
SCHREEDER, WHEELER & FLINT LLP
1100 Peachtree Street
Suite 800
Atlanta, GA 30309
dflint@swfllp.com
jheald@swfllp.com

*Interim Co-Lead Counsel for Plaintiffs:*
Daniel A. Kotchen
Daniel L. Low
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, D.C. 20037
dkotchen@kotchen.com
dlow@kotchen.com

*Counsel for Defendant AirTran Airways, Inc.:*
Alden L. Atkins
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
aatkins@velaw.com

Roger W. Fones
Anand Viswanathan
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
rfones@mofo.com
aviswanathan@mofo.com

Bert W. Rein
WILEY REIN LLP
1776 K Street. NW
Washington, DC 20006
brein@wileyrein.com

s/ Samuel R. Rutherford
Samuel R. Rutherford
Georgia Bar No. 159079
sam.rutherford@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7196
Fax: 404-253-8473
