**EDWARD H. BASTIAN**

**In Re: Delta-Airtran**                                    **10/27/2009**

1

1             UNITED STATES DEPARTMENT OF JUSTICE

2                      ANTITRUST DIVISION

3

4

5

6     -------------------------------)

7     IN RE: DELTA-AIRTRAN           )

8     BAGGAGE FEES                   ) CID NO. 25539

9                                    )

10                                    )

11    -------------------------------)

12

13              Tuesday, October 27, 2009

14

15

16

17              EDWARD H. BASTIAN,

18    a witness called in the above-entitled action,

19    before Dennis Zambataro, a Registered Professional

20    Reporter, taken at the offices of Delta Airlines,

21    1030 Delta Boulevard, Atlanta, Georgia 30354-1989,

22    commencing at 8:19 a.m., when were present:

23

24

25

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

```
                                                            2

  1                    A-P-P-E-A-R-A-N-C-E-S

  2

  3     ON BEHALF OF THE UNITED STATES:

  4     KATHLEEN S. O'NEILL, ESQUIRE

  5     MICHAEL BILLIEL, ESQUIRE

  6     Department of Justice Antitrust Division

  7     450 5th Street, N.W.

  8     Washington, D.C. 20530

  9     Phone: 202.307.2931

 10

 11     ON BEHALF OF DELTA AIR LINES:

 12     JAMES P. DENVIR, ESQUIRE

 13     MICHAEL MITCHELL, ESQUIRE

 14     Boies, Schiller & Flexner, LLP

 15     5301 Wisconsin Avenue, N.W.

 16     Washington, D.C. 20015

 17     Phone: 202.237.2727

 18     jdenvir@bsfllp.com

 19

 20     SCOTT McCLAIN, ESQUIRE, DELTA AIRLINES

 21

 22

 23

 24

 25
```

**EDWARD H.  BASTIAN**

**In Re: Delta-Airtran**                                        **10/27/2009**

3

```
 1               C O N T E N T S
 2   EXAMINATION OF ERIC M. PHILLIPS              PAGE
 3   BY MR. BILLIEL................................5
 4               E X H I B I T S
 5   (Bastian Exhibits)                          Page
 6   Exhibit 1 (DL-CAM 000011148)....................26
 7   Exhibit 2 (CLT Baggage Service Review, 6/16/08)..28
 8   Exhibit 3 (DL-CID25324E-00833)...................34
 9   Exhibit 4 (DL-CID25324E-08032 - 08052)...........45
10   Exhibit 5 (Value Proposition, 10/24/2008).......54
11   Exhibit 6 (DL-CID25324E-03552)...................78
12   Exhibit 7 (DL-CID 25324P-00001 - 00004)..........82
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Olender Reporting, Inc.**          **(888) 445-3376**          **WORLDWIDE**
**Washington, D.C.**                 **Baltimore, MD**                **Florida**

**EDWARD H.  BASTIAN**

4

1              VIDEOGRAPHER:  This begins the

2      videotape number one in the deposition of

3      Ed Bastian in the matter of DOJ

4      investigation, CID 25581.

5              Today's date is the 27th of October,

6      2009.  The time is 8:19.  The video

7      operator is Tim Averitt.  The court

8      reporter is Dennis Zambataro representing

9      Olender Reporting Washington, D.C.

10             The deposition is taking place at the

11     Delta Campus, in Atlanta, Georgia.  If the

12     counsel will identify yourselves and who

13     you represent, the court reporter will

14     sware in the witness.

15        MR. BILLIEL:  Michael Billiel and

16     Kathy O'Neill for the Department of

17     Justice.

18        MR. DENVIR:  Jim Denvir for Delta and

19     the witness.

20        MR. MITCHELL:  Michael Mitchell for

21     Delta and the witness.

22        MR. McCLAIN:  Scott McClain for Delta

23     and the witness.

24

25

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                    10/27/2009

5

1    Whereupon,

2                    EDWARD H. BASTIAN,

3    was called as a witness by the United States of

4    America, having been first duly sworn, was examined

5    and testified as follows:

6                    EXAMINATION

7    BY MR. BILLIEL:

8            Q    Good morning again, Mr. Bastian.

9            A    Good morning.

10           Q    My name is Mike Billiel, I'm an

11   attorney for the Department of Justice.

12           You're appearing here today pursuant to

13   Civil Investigative Demand Number 25581.

14           For the record that CID was issued for the

15   testimony of Richard Anderson, and counsel has

16   told us that you were in a position to give us

17   the information we were seeking, specifically the

18   process by which Delta decided to adopt a

19   first-bag fee last year, and the reasons for that

20   decision from the perspective of the ultimate

21   decision makers.

22           A    Um-hmm.

23           Q    If that indeed turns out to be the

24   case, we will let Mr. Anderson off the hook.

25           A    Okay.

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                          10/27/2009

6

1          Q    Let me go over some of the ground

2     rules before we start.

3          A    Yep.

4          Q    Under the Antitrust Civil Process

5     Act, the only reason for refusing to answer a

6     question today is on grounds of privilege,

7     privilege against self-incrimination,

8     attorney-client privilege, okay?

9               You're entitled to be represented by and

10    consult with counsel during the deposition.  So

11    if at any point if you would like to consult with

12    your counsel in confidence let me know, we'll

13    take a break so you can do that.

14         A    Good.

15         Q    We'll also be taking other breaks

16    along the way, so if you feel the need to stretch

17    your legs or use the restroom, let me know and

18    we'll try to accommodate you.

19         A    Okay.

20         Q    You should also understand under

21    Section 1505 of the United States Criminal Code

22    it's a felony to obstruct this investigation by

23    giving false or misleading testimony here today.

24    And you should further understand that saying I

25    don't know when you do know or I don't recall

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                                10/27/2009

7

1    when you do recall can form the basis of

2    prosecution under that statute.

3              A    Okay.

4              Q    A few things I need to ask you to do

5    to help us to make a clear and accurate record.

6              A    Um-hmm.

7              Q    Even though the deposition is being

8    videotaped, I'll need you to respond to all of my

9    questions verbally, that is, say yes or no

10   instead of nodding or shaking your head, okay?

11             A    Yes.

12             Q    That was a test.

13             Second, this is something I sometimes have

14   a problem with, please wait until I finish my

15   question before you begin to answer and I'll

16   attempt to wait for you to finish your answer

17   before I ask you another question.

18             A    Okay.

19             Q    If we both talk at the same time our

20   friend here will reprimand us.

21             Finally, if I ask you a question you don't

22   understand, or if I'm using a term you don't

23   quite understand the meaning I'm giving it,

24   please let me know and I'll try to clear it up,

25   okay?

**EDWARD H. BASTIAN**

8

1        A    Okay.

2        Q    **Is there anything that would prevent**
3   **you from providing complete and accurate**
4   **testimony today?**

5        A    No.

6        Q    **Are you taking any medications that**
7   **would interfere with your ability to understand**
8   **or answer questions?**

9        A    No.

10       Q    **What did you do to prepare for the**
11  **deposition today?**

12       A    I met with counsel just to refresh my
13  recall.

14       Q    **Did you review any documents?**

15       A    There were a handful of documents,
16  yes.

17       Q    **What types of documents were they?**

18       A    Some of the documents attached to the
19  decision we made to implement the bag charge.

20       Q    **Um-hmm.  Did you review any documents**
21  **from your files?**

22       A    No, I did not.

23       Q    **Did you review the deposition**
24  **transcripts of the other Delta witnesses --**

25       A    No, we did not.

**EDWARD H.  BASTIAN**

9

1          Q     -- we talked to?

2          Okay.  Did you talk to anyone about the

3     substance of the testimony they had given?

4          A     No, I did not.

5          Q     Other than counsel, did you discuss

6     your deposition with anyone else?

7          A     No, I did not.

8          Q     Okay.  Can you, just to get a little

9     background, can you tell me about your education,

10    starting with college?

11         A     Sure.  Went to St. Bonaventure

12    University, graduated in 1979 with a major in

13    accounting.

14         Q     Okay.  Your current position, as I

15    understand it, is president of Delta and CEO of

16    Northwest; is that correct?

17         A     That is correct.

18         Q     And I take it did you become CEO of

19    Northwest effective as of the date of the merger

20    last October?

21         A     That's correct.  It's a transition

22    role that once the companies are fully integrated

23    and merged that role will go away and I'll just

24    retain my president of Delta role.

25         Q     How long have you been president of

EDWARD H.  BASTIAN

                                                                    10

1      Delta?

2          A    Since August of 2007.

3          **Q    Previously you also had the position**

4  **of CFO; is that right?**

5          A    That's correct.

6          **Q    When did that change?**

7          A    I became CFO in July of 2005.  I

8  still have the responsibility, the CFO reports to

9  me in the organization, but the official title

10 was transferred to a full-time CFO that we named,

11 Hank Halter, last fall.

12         So I have been exclusively the president

13 of the company for the last year.

14         **Q    As president of the company are there**

15 **particular areas of the business that you have**

16 **responsibility over?**

17         A    Yes.

18         **Q    Can you tell me about those?**

19         A    Largely the commercial activities of

20 the corporation, sales, revenue management, our

21 network strategy, our alliance, our international

22 strategies, corporate strategy, corporate

23 planning, finance, as I mentioned as well.

24         **Q    And do you report to Mr. Anderson?**

25         A    I do.

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

11

```
 1          Q     He is the CEO?

 2          A     He is.

 3          Q     This is a somewhat vague question,

 4   but since Mr. Denvir doesn't have his microphone

 5   on I'll ask it.

 6          Could you describe how decisions are made

 7   at Delta, at least for things that rise up to the

 8   level of you and Mr. Anderson?

 9          A     Well, any significant decision that

10   the company faces usually is brought to the --

11   what we call our corporate leadership team, which

12   is a weekly meeting of the senior-most executives

13   in the corporation.

14          There's roughly eight or ten people that

15   sit on that team.  And we will review the

16   materials, discuss the pros and cons, and make

17   decisions.

18          Obviously all our decisions are subject to

19   the board of directors at Delta.  And any matters

20   that we believe are of a material nature above

21   and beyond our responsibilities and authorities

22   at the CLT, we will ratify those with our board

23   on a regular basis.

24          Q     And does the CLT, do you vote on

25   things or is this kind of a consensual process?
```

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                    10/27/2009

12

1        A    We attempt to get to a consensual

2    agreement.  Obviously that's not always possible.

3    I can't ever recall us taking a vote, meaning

4    counting numbers for and numbers against.  But

5    it's general sentiment.

6           Most matters are pretty -- are decided on

7    consensually.

8        **Q    I take it Mr. Anderson would have the**

9    **final say, at least below the board level?**

10       A    Richard has the final responsibility,

11   I would say.

12       **Q    Okay.**

13       A    But Richard is keen to make sure that

14   there's a good act of dialogue in that he wants

15   to make certain that the views of all members are

16   expressed.

17          So I've never seen Richard come in and

18   unilaterally try to make a decision on his own

19   without the team support.

20       **Q    And I think you may have said this,**

21   **but how often does the corporate leadership team**

22   **meet?**

23       A    We attempt to meet every Monday

24   afternoon.  Sometimes we meet more regularly than

25   that.  Other times we skip a week.  But generally

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                    10/27/2009

13

1    it's every Monday.

2          **Q     And was this the corporate leadership**

3    **team?  It's also called the CLT; is that right?**

4          A    That's right.

5          **Q     Was that a process that Mr. Anderson**

6    **implemented when he came to the company?**

7          A    We had a similar process.  It's just

8    a different name for it.  It was called the EC

9    previous to Mr. Anderson.  He wanted to -- he

10   changed the name of it.  But the form and

11   substance is the same.

12         **Q     Okay.  And how is the agenda for the**

13   **CLT set?**

14         A    Mr. Anderson's assistant, Barbara,

15   will canvas the various members of the CLT to see

16   if they have any agenda topics that they want to

17   bring forth to the meeting a week ahead of time.

18         And she will help set the agenda and

19   Richard and I have -- she checks with us and she

20   clears the agenda before she finalizes it.

21         **Q     And are there certain -- is there --**

22   **are there policies about certain things that have**

23   **to be brought to the CLT?**

24         A    We don't have a specific policy that

25   dictates what is brought and what is not brought.

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

14

1    I think it's based on materiality.

2         **Q    Um-hmm.**

3         A    And I think there's a pretty good

4    understanding as to what the expectations of the

5    CLT are, in terms of areas to be brought to the

6    CLT versus those things that individual divisions

7    have their own authority to make.

8         **Q    Are there minutes taken of the CLT**

9    **meetings?**

10        A    No.

11        **Q    Is anyone in charge of taking notes**

12   **or memorializing what goes on there?**

13        A    Not really.

14        **Q    Okay.**

15        A    No.

16        **Q    Do you take notes during the**

17   **meetings?**

18        A    Certainly take notes, but there

19   aren't official notes of the meeting -- minutes

20   of the meeting, no.  We all take our individual

21   notes.

22        **Q    And who is responsible for collecting**

23   **and distributing any materials that are -- any**

24   **written materials that are reviewed by the CLT?**

25        A    Ms. Presley, who is Richard's

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                   10/27/2009

15

1    assistant, formally sends out the materials.

2          Each CLT member, to the extent that they

3    have a topic they need to bring to the attention

4    of the full CLT, is responsible for gathering

5    their own decks and distributing with

6    Ms. Presley's assistance.

7          **Q    Do you know if she or anyone else**

8    **keeps a set of those, a historical set of the**

9    **things of the CLT has reviewed?**

10         A    I don't know.

11         **Q    Who is currently on the CLT?**

12         A    Richard; myself; Mike Campbell, who

13   heads-up human relations; Steve Gorman, who is

14   our chief operating officer; Glen Hauenstein, who

15   is in charge of our Network and Revenue

16   Management; Mike Becker, who is the Northwest

17   chief operating officer; Theresa Wise, who is our

18   chief information officer; Hank Halter, who is

19   our CFO; Ben Hearst, who is our general counsel.

20         I think those are the official members.  I

21   can't think of anybody else.

22         **Q    Okay.  Going back to last year,**

23   **immediately prior to the merger, were there**

24   **people that were there then that aren't there**

25   **now?**

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                    10/27/2009

1      A     Prior to the merger, yes.  We did not

2  have any of the Northwest colleagues, obviously,

3  on the CLT at that point.

4      So it would have been Delta's general

5  counsel was Ken Corey at the time; it would have

6  been Lee Macenczak was head of sales and

7  marketing at the time, and his position was

8  replaced with the merger.

9      I think those are the only two names that

10  come to mind that we changed out.

11      **Q    Can you describe what typically takes**

12  **place at the CLT meeting?**

13      **Do people make retentions on various**

14  **topics?**

15      A     Yes.  So there will be an agenda with

16  anywhere from four to six topical areas.

17  Generally speaking we try to set aside about

18  three hours.  Whose ever agenda topic is

19  presented will make the presentation.  We will

20  try to get the materials out in advance when we

21  can.

22      I would say more times than not -- many

23  times we don't, but if we can get a pre-readout

24  that helps expedite the discussion.

25      And then the CLT member whose team is

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                        10/27/2009

```
 1    involved in the decision making will bring

 2    various members of their team to the CLT to

 3    engage in the conversation and the discussion and

 4    the presentation of the materials and the final

 5    decision.

 6           Q     Did you keep the notes that you make

 7    of the CLT meetings?

 8           A     My own notes?

 9           Q     Yes.

10           A     Yes.

11           Q     Outside of the CLT context, how do

12    you typically communicate with other members of

13    that group?  Mostly oral or by e-mail or --

14           A     It's an ongoing dialogue.

15           As we run the company we have the senior

16    officers that run each of the major operational

17    areas of the company.

18           We'll meet many times other than CLT just

19    to talk about specific topics of interest.  We

20    don't -- we try not to force everything to bubble

21    up to the CLT.  We try to make as many decisions

22    as we can without having to engage the full

23    leadership team.

24           I spend a lot of time traveling, I spend a

25    lot of time on the road in the operation with the
```

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

18

1   leaders at the time.  I'm probably out of the

2   office more than I'm in the office.

3          **Q      I can attest to that.**

4          A    As you know.  As you know.  Sorry

5   about that.

6          So you get to know people quite well over

7   the course of the week, in the regular conduct of

8   your business.

9          **Q      Is the corporate -- are there members**

10  **of the top corporate leadership team, are they**

11  **located in the same building?**

12         A    We are mostly all located here, yes.

13         **Q      In this building?**

14         A    In this building, yes.

15         **Q      Over the past couple years Delta and**

16  **other airlines have been moving to charging I**

17  **think what are generally called ancillary fees**

18  **for baggage and various other types of services.**

19         **Does Delta have any sort of -- have they**

20  **set up any sort of team to kind of evaluate**

21  **ancillary fees, what to charge for and how much**

22  **to charge?  Is there a process for that?**

23         A    Yes, we have a team that regularly

24  reviews the fees.  Because, as you mentioned,

25  there has been a lot of emphasis in the industry

EDWARD H. BASTIAN

In Re: Delta-Airtran                                    10/27/2009

19

1    around ancillary revenues, coupled with the fact
2    that we did the merger with Northwest, we needed
3    to align the two companies' fee structure.  We
4    didn't have a process in place to regularly
5    review the fees.
6          **Q      Who is involved in that process?**
7          A    Well, the Revenue Management team,
8    those that help set pricing direction; our
9    Airports team, who is many times physically
10   involved in the actual collection of the fees and
11   the maintenance of actually the process
12   surrounding the fees themselves, are the two
13   large groups involved.
14         **Q      Um-hmm.**
15         A    Others as well, Reservations and the
16   like.  But I would say Revenue Management,
17   Pricing and Airports have the two broadest groups
18   of representation.
19         **Q      And are changes to ancillary fees,**
20   **either in terms of new fees or changing the**
21   **amount of the fees, is that something that would**
22   **come to the CLT?**
23         A    Generally, yes.
24         **Q      Specifically regarding baggage fees,**
25   **would that same group you've been describing be**

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                              10/27/2009

20

1       the group that would be looking at baggage fees

2       as well?

3             A     Correct.

4             Q     Okay.  Does the group have any

5       authority to change existing fees without coming

6       to the CLT?

7             A     I don't know that they have a

8       specific list of what they can and cannot do.

9             We're not that top down.  But there's a

10      general understanding that any significant,

11      material change to a fee needs to be brought

12      through the CLT, given the magnitude of its

13      impact.

14            Q     Do you ever get involved in

15      discussing ancillary fees kind of before it gets

16      to the CLT level?

17            A     Sure.

18            Q     And what context would that be?

19            A     Well, the -- as mentioned, the

20      Pricing and Revenue Management, people they

21      report up to my organization.  So I am the senior

22      officer, I feel responsible for that area, so I

23      will constantly be in check with them to make

24      sure our fee levels are appropriate.

25            Q     Um-hmm.

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                                    10/27/2009

21

1          A      They have a lot of interaction with

2     airports and operations, so I'm always interested

3     in how the airports are doing in processing of

4     fees.

5          From a customer standpoint, I also have a

6     lot of responsibility for the customer

7     interactions across the company and making

8     certain that we're explaining ourselves,

9     communicating well as to the fee policy, as to

10    why it's necessary and what it's doing

11    particularly to our higher value customers, our

12    premium customers, also rolls up to my area of

13    attention.

14         Q      **Moving on to more specific fees, at**

15    **some point I think earlier last year Delta**

16    **adopted a fee for the second checked bag; do you**

17    **recall that?**

18         A      I do.

19         Q      **Were you involved in that decision?**

20         A      I was.

21         Q      **Was that something that was discussed**

22    **at the CLT?**

23         A      It was.

24         Q      **And what were the factors Delta**

25    **considered in deciding whether to adopt a**

EDWARD H. BASTIAN

In Re: Delta-Airtran                                    10/27/2009

22

1     second-bag fee?

2          A     Well, the environment in which the

3     company was -- and I forget the specific time

4     frame, but it would have been around the spring

5     of '08, spring or early summer.

6          Q     Right.

7          A     At that time frame the industry was

8     wrestling with high fuel prices that was causing

9     a significant erosion with respect to the overall

10    bottom line of the company, the cash position,

11    and challenging the financial viability of the

12    industry.

13         The industry was looking at various ways

14    by which to be able to recover the higher cost of

15    fuel.  And one of the changes that certain

16    members of the industry had come out with was in

17    fact to start charging for bag fees.

18         And we were not the first to lead in that

19    initiative.  We watched in terms of customer

20    acceptance in terms of how it was going to go.

21         And we did decide over a course of

22    conversations that, yes, Delta needed to also

23    charge for a second-bag fee, largely driven by

24    the need to cover the cost of fuel on our

25    aircraft.

**EDWARD H.  BASTIAN**

23

1          **Q      Were there any risks in adopting the**
2     **second-bag fee?**
3          A      Certainly.
4          **Q      What were those?**
5          A      Customer acceptance is the key one.
6          **Q      Um-hmm.**
7          A      We were not -- there were other
8     carriers out there that were not charging at that
9     point in time.  And we were concerned about
10    losing customers and losing market share in a
11    very competitive industry.
12         I would say those were the key
13    considerations that we were looking at.
14         We also spent a lot of time talking about
15    the employee effect, because the employees are
16    out there physically collecting the fees and
17    interacting with customers and their ability to
18    actually make certain that the customers
19    understood this was an appropriate cost of carry
20    and not the airlines trying to nickel and dime.
21         **Q      Do you recall any specific other**
22    **carriers that had not adopted a second-bag fee**
23    **that were discussed, in terms of where you might**
24    **lose traffic?**
25         A      I can't remember where we were in

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

24

1    terms of who had met, because as you know all of

2    the bag fees have changed over the course of the

3    last 12 months.  And so I'm not sure who was in,

4    who was out, and who had changed, and who had not

5    changed.  But I would say the lower-cost carriers

6    were the ones that were slow to adopt.  And given

7    that -- which is part of their marketing

8    strategy, in terms of lower fares and lower

9    costs -- they were the ones we certainly watched

10   in terms of any market share shift.

11           **Q     And specifically were you concerned**

12   **about passengers booking away to Airtran if they**

13   **didn't adopt a fee?**

14           A     No, I would say the lower carrier

15   segment, Southwest, Airtran, Jet Blue, you know,

16   across the board.

17           I can't recall if any of the mainline

18   carriers that hadn't yet adopted at that point in

19   time, we were also watching those as well.  And I

20   just can't recall who had done what at that

21   point.

22           **Q     Did you discuss whether any of the**

23   **low-cost carriers were likely or not likely to go**

24   **along with the second-bag fee?**

25           A     No.  I mean, generally, yes, we were

EDWARD H. BASTIAN

In Re: Delta-Airtran                                          10/27/2009

25

1    always mindful of our competitive stance and our

2    stance on fares and fees.

3         But, no, I -- this was such a significant

4    industry event, in terms of the high cost of fuel

5    and the need to actually do a better job of

6    covering our cost of business of operating that

7    this was becoming more accepted in the industry

8    as a -- it's called an unbundling of the ticket

9    price as an incremental charge, giving the

10   customer the opportunity to decide whether they

11   wanted to pay the fee or not, based on whether

12   they want to check that second bag or they want

13   to travel lighter or carry another bag on.

14        **Q    Okay.  Now, in May, I believe May 21,**

15   **American announced it was going to charge for the**

16   **first-checked bag.**

17        **Do you recall, were there discussions at**

18   **Delta, right around the time that American**

19   **matched, about whether it made sense for Delta to**

20   **also adopt a first-bag fee?**

21        A    Certainly it got our attention.  We

22   did discuss it.  We decided that we would watch

23   it for awhile; that we had only recently adopted

24   the second-bag fee.

25        And as I recall, our second-bag fee

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                        10/27/2009

26

1   actually was a little larger than some of the

2   other carriers' second-bag fees at the time.

3          So we were going to watch and see how the

4   economics played out before we made that

5   decision.

6          **Q    Was that something that was discussed**

7   **at the CLT in that time frame that is right after**

8   **American announced?**

9          A    I don't know if it was in the CLT or

10  in other sessions, but it certainly had our

11  attention.

12         (Bastian Exhibit 1 was marked for

13  identification.)

14  BY MR. BILLIEL:

15         **Q    I've handed you a document marked**

16  **Exhibit 1, which is Bates stamped**

17  **DL-CAM-000011148.**

18         **Can you take a look at that, Mr. Bastian,**

19  **and tell me whether you recognize that document?**

20         A    I don't -- I'm sure I saw it at the

21  time.  I can't specifically recall, with all of

22  the e-mail traffic I get.

23         I'm on it so I'm sure, I read it.

24         **Q    Do you recall discussions along this**

25  **line with -- just for the record, R. Cooper is**

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                    10/27/2009

27

1    **Mr. Anderson; is that right?**

2         A    That's right.

3         **Q    Do you recall discussing the issue**

4    **with Mr. Anderson around this time?**

5         A    We were in a constant dialogue as to

6    how we were going to get our revenues up to cover

7    the higher cost of fuel that was going on in the

8    marketplace at that point in time.

9         So this would have been just one of many

10   conversations we were having on revenue

11   initiatives.

12        **Q    And do you agree with the statement**

13   **that the first-bag fee -- the free first bag is**

14   **part of the bargain that's included in the price**

15   **of the ticket, that concept?**

16        A    I am aware that that was a view

17   Richard held at that point in time.

18        I don't know that we ever were very -- had

19   made that part of our overall marketing strategy

20   of the company.  But I knew that was Richard's

21   view, yes.

22        **Q    Did you have a different view?**

23        A    I did not have a firm view, given

24   things were moving so rapidly.  And while I

25   agreed that we needed to watch it and monitor it.

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

28

1    If fuel prices continued on their ascent, or if

2    the cost of business or if the economy started to

3    tumble, we would always make certain we availed

4    ourselves to all avenues possible to generate the

5    cost of operation.

6         So I didn't disagree, but at the same

7    time, I was more of the view that:  Let's watch

8    and see how this thing goes.

9         So I was probably more inclined to concur

10   with Mr. Gorman's comments that this is not the

11   right time to move on the first bag.

12        **Q    Was anyone in the corporate**

13   **leadership at the time arguing that Delta should**

14   **adopt the first-bag fee?**

15        A    At this juncture?

16        **Q    Yeah, this is May, not too long after**

17   **American announced.  During this time period, was**

18   **anyone arguing that yes Delta should go ahead and**

19   **adopt a fee?**

20        A    I think it was too early in the

21   process.  We had just rolled out a second fee

22   within -- I'm not sure it's probably weeks before

23   this.

24        So I think -- so I don't think we had any

25   strong view, point of view yet.

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

29

1               (Bastian Exhibit 2 was marked for

2        identification.)

3        BY MR. BILLIEL:

4               **Q     I've handed you a document which has**

5        **been marked Exhibit 2, which is Bates numbered**

6        **DL-CID 25324E-03763.**

7               **For the record, this is something we**

8        **printed from the native version of the document,**

9        **and so there's a cover sheet which has the Bates**

10       **number and other identifying information on the**

11       **document.**

12              **Do you recognize this document,**

13       **Mr. Bastian?**

14              A     I do.

15              **Q     And what is it?**

16              A     This looks like a report that our

17       Airport Customer Services team delivered to the

18       CLT regarding how they were doing in baggage

19       service performance.

20              **Q     Do you recall whether this was**

21       **actually presented at the CLT meeting?**

22              A     I would be willing to bet it was, but

23       I can't recall specifically.

24              There are so many topics discussed every

25       single week, and the agenda is fluid, as you can

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

30

1     appreciate.

2              Q     Sure.  Can I ask you to look at the

3      fourth page of the document?

4              A     Which is the fourth?

5              Q     **"First Bag Checked."**

6              A     Okay.

7              Q     **Take a moment to look at the page, if**

8      **you would.**

9              A     Okay.

10             Q     **Do you recall a discussion about this**

11     **topic at the CLT about this time period?**

12             A     I do.

13             Q     **Was the consensus of the CLT still**

14     **not to adopt a first-bag fee at this point in**

15     **time?**

16             A     That's correct.

17             Q     **Do you recall whether anyone was**

18     **arguing for a first-bag fee at this point?**

19             A     No.  I think the recommendation

20     speaks to the sentiment that this was not the

21     time to adopt the first-bag fee yet.

22                   We are going to continue to monitor.  As

23     you can appreciate, our summer travel peak is --

24     the volumes are very, very high.  And one of the

25     things we were very concerned with was actually

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                      10/27/2009

31

1    that the execution and the implementation as to

2    how American, who was leading that first-bag

3    charge, was actually going to monitor it, police

4    it within the airports, making sure it didn't get

5    through security, it didn't cause delays in

6    boarding and delays in departure and all of the

7    other operational challenge attached to customers

8    wanting to carry on more bags than physically the

9    plane is equipped to handle.

10        So we wanted to continue to watch it at

11   that point in time.

12        **Q    The last bullet under background**

13   **notes that Continental and Northwest had not**

14   **followed American.**

15        **Was the fact that Continental and**

16   **Northwest had not matched particularly important**

17   **to Delta for some reason?**

18        A    No, no.  I think this is just an

19   update.

20        I think, as you can see, carriers were

21   coming in at different points.  And it was just a

22   notation of -- as to who had matched and who

23   hadn't at that point.  But we needed to do the

24   right thing for Delta.

25        **Q    Do you recall in a discussion at this**

EDWARD H. BASTIAN

In Re: Delta-Airtran                                      10/27/2009

32

1    meeting about whether the LCCs would match and

2    what impact that would have on Delta's decision?

3          A    At this point I can't recall if any

4    of the LCCs had even matched on the second bag.

5          So not knowing they were going to match on

6    the first bag was probably not very relevant.

7          Q    Okay.  If I could direct your

8    attention to the next page, which is appendix

9    one.

10         A    Okay.

11         Q    At the bottom there are some

12   recommendations for increases to other baggage

13   fees; do you see that?

14         A    Yes, I see the antler fee.

15         Q    Do you recall discussing increasing

16   these other fees at the meeting?

17         A    I did recall it, because we needed

18   to -- again with the high fuel costs we needed to

19   make certain that we were competitively

20   positioned on all of our fees, not just our bag

21   fees.

22         So we had the team continuously scanning

23   all of the areas which we charge for incremental

24   cost and ancillary revenue.  And this was part of

25   that conversation.

EDWARD H. BASTIAN

33

1          Q     And from the perspective of risks to

2     Delta and the customer satisfaction front, is

3     raising a fee like the antler fee, is that

4     something where there is much less risk than,

5     say, a first or second-bag fee?

6          A     I think you need to look at each fee

7     in comparison to what other carriers charge for

8     those same levels of services; how many

9     individuals are going to be impacted by that

10    decision; what's the size of the revenue pool

11    you're going to be able to draw in to be able to

12    evaluate whether that's an appropriate charge or

13    not; and whether or not our employees would be

14    successful in actually being able to collect that

15    and explain it to our customers as to why it's an

16    appropriate cost.

17         Q     And the fee, this page has a chart

18    that shows the fees of the other -- the major

19    carriers.  Do you know whether -- I guess your

20    Airport Customer Service people were also

21    monitoring the fees of the low-cost carriers at

22    this point?

23         A     I don't know if they had those

24    specific monitorings.  I can't recall.

25         Q     It wasn't something that was ever

EDWARD H. BASTIAN

34

1    presented to the CLT at that point?

2          A    When we talk about fees and

3    competitive position, we do it with the entire

4    universe of carriers thought of.

5          So the LCCs, I don't know if they had a

6    specific fee chart for them or not.

7          (Bastian Exhibit 3 was marked for

8    identification.)

9    BY MR. BILLIEL:

10         Q    Mr. Bastian, I handed you an exhibit

11   marked Exhibit 3, which is a multi-page document

12   Bates stamped DL-CID 25324E-00833.  It's an

13   e-mail and an attachment.  And the attachment

14   again is in native format with the cover sheet.

15         Would you take a look at that please and

16   tell me whether it's something that you

17   recognize?

18         A    It looks familiar to me.  I don't

19   know whether this was a CLT document or not,

20   but --

21         Q    Um-hmm.  Do you know who would have

22   prepared a document like this?

23         A    It doesn't have anybody else's name

24   on it.  I can't recall.

25         Q    Okay.

EDWARD H. BASTIAN

In Re: Delta-Airtran                                                    10/27/2009

35

1          A     It's attached to I guess a cover

2     sheet.  So Mark Zessin, I presume, would have

3     been the individual preparing this, it looks

4     like.

5          **Q     If you look at the pages marked**

6     **"Executive Summary," the second bullet there**

7     **says, "As directed by CLT, baggage fees were**

8     **reviewed, refined and approved"; do you see that?**

9          A     I do.

10         **Q     Do you recall what this group was**

11    **tasked with by the CLT in terms of reviewing the**

12    **fees?**

13         A     This is the group that was part of

14    the overall fee review in the corporation; those

15    looking at how we -- whether our fees were

16    competitive; if there were opportunities that we

17    should consider increasing them; and how we were

18    aligned within the industry.

19         The industry dynamic was changing almost

20    by the week at that point.  So having a regular

21    review of our status was important.

22         **Q     The first bullet says, "Increased**

23    **baggage fees will be implemented on or around**

24    **August 5th."**

25         **Did this group have the authority to**

EDWARD H. BASTIAN

36

1      implement this without the CLT or was this

2      something that the CLT had to approve?

3              A      Again I thought I said earlier,

4      there's no firm directive as to what this group

5      had specific authorization to.

6              Q      Um-hmm.

7              A      Their general direction was to bring

8      all fee issues of any consequence through the CLT

9      first before making a decision.

10             So I'm not sure which increased bag fees

11     that they are referring to on August 5th.

12             Q      Okay.  If you look at the next page

13     there's a chart.  The one that says, "Domestic

14     Baggage Fees."

15             A      Um-hmm.

16             Q      Yeah.  And maybe I'm interpreting

17     this wrong, but it looks like the bold fees are

18     what's being proposed?  Am I reading that right?

19             A      It's possible.  I don't know -- I'm

20     not familiar with the format they were using at

21     this point.

22             Q      Okay.  The second-bag fee is 25 and

23     then there's -- in bold there's a 50.

24             A      Right.

25             Q      Do you see that?

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

37

1        **Do you recall when Delta increased its**

2    **second-bag fee above the other major carriers?**

3        A    It was during this time frame.  I

4    can't even recall, candidly, whether we started

5    with 25 and went to 50 or started at 50.

6        So from reading this I'm inferring we

7    actually started at 25 and eventually moved to 50

8    within the space of weeks.

9        **Q    Do you recall any discussion within**

10    **the CLT about whether Delta should increase its**

11    **second-bag fee during this time frame?**

12        A    Well, during this time frame again

13    oil prices were reaching 140, $150 a barrel; the

14    airlines economics were coming under severe

15    pressure.  So we were having constant dialogue as

16    to the means by which to recoup cost of carry.

17        So bag fees were a constant dollar, so

18    that's why, whether it was 25 or 50, I don't

19    really recall the specific steps that we engaged.

20        From reading this document it appears we

21    started at 25 and moved to 50 rather than putting

22    in the first fee.

23        I do -- now that I'm talking -- I do

24    recall that sequence, yeah.

25        **Q    Okay.  If you look at the "First Bag"**

EDWARD H. BASTIAN

In Re: Delta-Airtran                                    10/27/2009

38

1    row, another thing that seems to have happened

2    during this time period was Northwest has

3    announced a 15-dollar first-bag fee effective

4    August 28th; do you see that?

5            A    I do.

6            Q    Did Northwest decision to adopt a

7    first-bag fee lead to any discussions within

8    Delta about first bag, given that the merger

9    process was going on?

10           A    We had no dialogue with Northwest on

11   any of their fees, no.

12           Q    Was there a dialogue within Delta

13   about the effect of Northwest having a fee on

14   Delta's decision?

15           A    No.  We looked at it.  We realized

16   that at some point we were going to need to align

17   the fee structures between the two carriers.

18           But since we didn't have any influence or

19   input into the process, we just noted it and, you

20   know, and annotated it as we did.

21           Q    You mentioned a couple times the need

22   to ultimately align Delta's fees with Northwest;

23   after the merger do you recall at what point that

24   process started?

25           A    Well, we started before the merger

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                                      10/27/2009

39

1    date just getting the facts, you know, what the

2    Northwest fee structures were.

3           As you can see, there's baggage alone

4    there are number of different categories.  And

5    there are other fee charges, whether it be

6    reservation charges or other administrative

7    charges between the two carriers.

8           So we needed to get the data, have the

9    facts in front of us, but could not and would not

10   make a decision until we absolutely got to a

11   point where we could include the Northwest people

12   into the conversation.

13         **Q     And who at Delta was involved in that**

14   **process of gathering the facts about Northwest**

15   **fees?**

16         A     Largely the Fee Team; Gail Grimmett

17   who was responsible for our Revenue Management

18   and Pricing areas at Delta was involved; Gil West

19   and the ACS team responsible at the airports were

20   involved; Harry Cannarutti (phonetic) who was in

21   Reservations and they have got a list of charges

22   and fees that come through the reservation

23   process was engaged -- actually I take that back,

24   he was not.  Steve Shepard was.

25         Rick Perry was on the Northwest side;

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

40

1    Steve was on the Delta side, keeping them

2    straight.

3          And I think those were the main

4    operational areas that were represented on this

5    fee policy team.

6          **Q     And did the fee policy theme, looking**

7    **at aligning the fees, did they have any direction**

8    **from the CLT about how they should go about doing**

9    **that?**

10         A    Certainly.  You know, we wanted to be

11   competitive.  We wanted to make certain that it

12   was not anything that would unduly impact our

13   market share.  We wanted to make certain it was

14   something our customers could understand and

15   accept; that it was something our employees would

16   be able to embrace and collect.

17         All of the normal areas that you would

18   expect you would want to get alignment around

19   before you actually announced a change.

20         **Q     Now, was there a time frame you were**

21   **looking at for developing this unified fee**

22   **structure with Northwest?**

23         A    Yes.  We knew we wanted to get it

24   approved and implemented as quickly following the

25   merger date as possible, because we didn't want

EDWARD H. BASTIAN

41

1   there to be two carriers in the marketplace that

2   are both Delta carriers that had different

3   policies, different customer policies with

4   carriers traveling back and forth between the two

5   carriers, and letting that inconsistency be a

6   seam between the two companies.

7       **Q    Was the fee team given any direction**

8   **specifically about what they should be thinking**

9   **about in terms of the first-bag fee given that**

10  **Northwest had one and Delta did not?**

11      A    No.  Our dialogue on the first-bag

12  fee was still at that point that we were watching

13  its implementation.  It was still relatively

14  early in the process, watching the operational

15  implications; how American, who led the first-bag

16  fee, was actually able to implement it; the

17  degree of airport operational challenge that they

18  were experiencing, the security issues, going

19  through security lines as to where do you

20  actually intercept the bag?  Do you get it before

21  it gets into the airport through security or do

22  you kind of -- the position you put your flight

23  attendants and gate agents in to actually pull

24  bags off planes.  And do you charge at that point

25  or do you not charge at that point?

EDWARD H. BASTIAN

In Re: Delta-Airtran                                    10/27/2009

42

1          A lot of implementation issues that we
2     were out monitoring and watching the industry and
3     customer reactions to the first-bag fee.
4          We wanted to gather that data before we
5     made a decision.
6          **Q     Um-hmm.  And was the fact that**
7     **Northwest had the fee and was therefore earning**
8     **revenue off of it, was taking those off the table**
9     **an issue for Delta?**
10         A    It was for me in the consideration
11    set, certainly.  But not until we came to the
12    point where we actually had Northwest and Delta
13    aligned.
14         So it was not an issue until that point.
15             MR. BILLIEL:  Let's take a short
16         break.
17             MR. DENVIR:  Sure.
18             VIDEOGRAPHER:  Videotape is going off
19         the record at 9:12.
20             (Short recess taken from 9:12 a.m.
21         until 9:26 a.m.)
22             THE VIDEOGRAPHER:  Videotape is back
23         on the record at 9:26.
24    BY MR. BILLIEL:
25         **Q    A couple follow-ups on things we were**

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                          10/27/2009

43

1      talking about earlier, Mr. Bastian.

2              **To what extent are the decisions that the**

3      **CLT reported to the board?**

4              A    They are reported on a regular basis.

5      We have quarterly meetings of the board

6      where we cover all major topics.  Any material

7      business transaction, such as merger will get

8      more frequent meetings; status of financial

9      affairs and cash positions and refinancings on a

10     regular basis.

11             So it really depends on the materiality of

12     the topic and the -- there's a subjective as well

13     as a quantitative impact, in terms of what should

14     go to the board and what shouldn't.

15             There is not a fine line.  There is not a

16     fine line -- excuse me, I should say there's not

17     a defined line.  There is a fine line and there's

18     some qualitative considerations.  It's not

19     defined per se.

20             **Q    What about something like the**

21     **adoption of a first or second-bag fee, was that**

22     **something reported to the board?**

23             A    We were keeping the board abreast of

24     the revenue initiatives.

25             I can't recall any specific meeting topic

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                          10/27/2009

44

1    where we took the board through our first versus

2    second-bag fee decision making.  And you would

3    expect that because we were not leading, going

4    out and actually making a change to what was

5    becoming an industry practice.

6              It was for that reason.

7         Q    Does Barbara Presley attend the CLT

8    meetings?

9         A    No.

10        Q    Does anyone attend in an

11   administrative type role?

12        A    No.

13        Q    Thinking back to about a year ago,

14   late October of last year, just before the merger

15   of Northwest was consummated, where was Delta on

16   its consideration of a first-bag fee?

17        A    Well, we knew we needed to make a

18   decision because if for no other reason,

19   Northwest had implemented one and Delta hadn't,

20   so we needed to align.

21             So that was certainly a big seam, as you

22   call it, between the two business models that we

23   needed to make a decision upon.

24             There was also at that point, as we were

25   closing the merger, which we closed the last week

EDWARD H. BASTIAN

In Re: Delta-Airtran                                              10/27/2009

45

1    in October-November, I don't remember the

2    specific dates, but near the end of October.  The

3    economic model in the industry was continued

4    under a fair bit of duress.

5         Fuel prices, while they had come down a

6    little bit, were still very high.  And at that

7    time there was the broader economic issues that

8    the industry was facing triggered by the

9    recession that was becoming increasingly obvious

10   that we were in as a country.

11        So the nature of defining incremental

12   revenue generating opportunities was key and high

13   on our list.

14        (Bastian Exhibit 4 was marked for

15   identification.)

16   BY MR. BILLIEL:

17        Q    I've handed you a document that's

18   been marked as Exhibit 4.  It is an e-mail dated

19   Bates number DL-CID 25324E-08032.

20        It has a number of attachments.  And I

21   just gave you one which is numbered 08034.

22        Can you look at that document and tell me

23   if you recognize the type of document it is?

24        A    I do.

25        Q    What is it?

EDWARD H.  BASTIAN

46

1          A    It's a transcript from the earnings

2     call Airtran would have held some point that

3     week.

4          Q    **Do you get transcripts of the other**

5     **airlines earnings calls on a regular basis?**

6          A    Yes.  All the major and low cost

7     carriers, yes, on a regular basis.

8          Q    **And what's your practice of what you**

9     **do with them when you get them?**

10         A    I generally review them sometimes as

11    they all tend to happen the same week.  It might

12    take me a few days to get through them all, but I

13    do make a practice reading through all of them.

14         Q    **Do you ever listen to the calls of**

15    **the other carriers?**

16         A    I don't.

17         Q    **Does anyone at Delta listen to them?**

18         A    Occasionally our Investor Relations

19    group will listen to them just to maintain

20    currency, where the topical areas are going.

21         All our calls are occurring around the

22    same time so the analysts tend to ask a lot of

23    the same questions.  So understanding what they

24    asked a previous carrier, our Investment

25    Relations team will stay close to that.

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                               10/27/2009

47

1          But other than the Investors Relations

2    team, I don't know anyone else who does that.

3          **Q     Do you ever get briefed by anyone who**

4    **listens?**

5          A    Sure.   The investors relations team

6    will brief me.

7          **Q     And do you ever go back and access**

8    **the transcript or any related materials that**

9    **might be online from the calls of the other**

10   **airlines?**

11         A    I don't, no.

12         **Q     Do you know if anyone else at Delta**

13   **does it?**

14         A    I mean other than distributing the

15   transcripts themselves, I'm not aware.

16         **Q     Specifically with regard to the**

17   **transcript I gave you, that was the Airtran third**

18   **quarter call; do you recall becoming aware that**

19   **Airtran executives had made some statements about**

20   **first-bag fees during that call?**

21         A    I have since become aware that they

22   had answered an analyst question regarding

23   first-bag fees, yes.

24         **Q     Do you recall about the time that it**

25   **happened?**

EDWARD H. BASTIAN

In Re: Delta-Airtran                                    10/27/2009

48

1         A     Shortly thereafter.  I can't recall

2    the exact timing.  But I was aware that they did

3    comment on first-bag fees, yes.

4         **Q     Do you recall how you became aware of**

5    **that?**

6         A     I can't recall if I -- from reading

7    it or if someone had mentioned it to me, no.

8         **Q     Do you recall discussing the**

9    **statements that had been made with anyone else at**

10   **Delta?**

11        A     The individual that brought it to

12   my -- or individuals that would have brought it

13   to my attention I remember having a conversation

14   in passing, but not a meeting.  But just in

15   reference.

16        **Q     And who are those people?**

17        A     Our Investors Relations people would

18   have, you know, indicated that was one of the

19   areas.  Because as I mentioned, they will listen

20   to many of the calls, and if there are any

21   topical areas that we ought to know that was of

22   interest, they would highlight them, and that

23   would have been one of the topical areas on that

24   call.

25             And I know our Revenue Management people

EDWARD H. BASTIAN

1    who are very active in monitoring all of the fare

2    activities of all of our competitors had

3    mentioned this, that the topic had been raised on

4    the call.

5         **Q     And specifically which Revenue**

6    **Management people, do you recall?**

7         A    It would most likely have been

8    Mr. Hauenstein who reports to me, head of the

9    Revenue Management and Network area.

10        **Q     And do you recall anything about that**

11   **conversation?**

12        A    No.  I mean just, you know, we found

13   it kind of odd that it was even discussed, that

14   Airtran would even talk about that topic on the

15   call.  But beyond that --

16        **Q     Why did you find it odd?**

17        A    Because we know not to talk about

18   pricing matters in a public call.

19        It was just odd that the question was even

20   addressed.

21        **Q     If I can get you to take a look at**

22   **the page numbered 08039.  And if you could just**

23   **read to yourself the two questions and answers by**

24   **Mr. Crissey on first bag fee; do you see that?**

25        A    Um-hmm.

EDWARD H. BASTIAN

                                                                    50

1           Q       Am I correct you said you ultimately

2      read that?

3           A       I read it at some point, yes.

4           Q       Prior to seeing that statement, did

5      you have an opinion about whether or not Airtran

6      would likely adopt a first-bag fee if Delta did?

7           A       If Delta did?

8           Q       Yeah.

9           A       I was of the view that, yes, they

10     would.

11          Q       Why was that?

12          A       They were bleeding cash.  It was a

13     matter of survival for them.

14          Q       And did that opinion influence in any

15     way your opinion about whether Delta should adopt

16     a first-bag fee?

17          A       It had no impact at all.

18          Q       Why not?

19          A       Well, Airtran isn't our -- wasn't the

20     focus point of our discussions around bag

21     charges.

22          It was the airline industry as a whole.

23     Airtran is not a large -- I mean, they are a

24     large competitor here in Atlanta, but they are

25     not a large competitor on a national or

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                      10/27/2009

51

1    international scale with us.

2         We have Southwest.  We have Jet Blue.  We

3    have Airtran.  They are just one of many LCCs in

4    the marketplace.

5         Our prime competition, though, are main

6    network carriers.  And the main network carriers

7    had largely moved on and made the decision to go.

8         So we were the only major holding on at

9    that point in time that had not gone.

10        That was more my consideration as to

11   whether Delta, protecting Delta's interests,

12   Delta's shareholders, could we generate revenue

13   from that topic that we were not then leaving

14   money on the table as a result?

15        It really didn't have anything to do with

16   what Airtran was or wasn't going to do.

17        **Q    Did you have an opinion on why**

18   **Airtran would make statements like that?**

19        A    As I mentioned, I thought it was odd.

20   So I can only recall it because I thought of the

21   odd nature of the response.  But I had no

22   interest -- no idea why Fornaro would make a

23   statement like he did.

24        **Q    At the time did you perceive it as**

25   **something that was directed at Delta?**

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                                      10/27/2009

52

1          A    No, I thought he was answering a

2    question.

3          Q    **He makes the statement there that "We**

4    **have the programming in place to initiate the**

5    **first-bag fee."**

6          **Does that have any significance to you in**

7    **terms of the likelihood they would go?**

8          A    I believe they were charging a

9    second-bag fee at the time, so if they had the

10   programming for the second-bag fee, I assumed

11   they had the program for the first-bag fee.

12         So I didn't understand the point.

13         Q    **So if he had the second-bag fee**

14   **technology, getting first was no big deal, in**

15   **your mind?**

16         A    I don't know that, but I would have

17   assumed that would be the case.

18         Q    **And did you understand him to be**

19   **saying that Airtran's action was contingent on**

20   **what Delta did?**

21         A    I read him so say that we prefer to

22   be a follower rather than a leader right now.

23         So if you can infer from that Delta,

24   that's what he would have said.

25         Q    **So you said he inferred he would**

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                    10/27/2009

1    prefer Delta to be the leader?

2         A    He's talking to who the main, biggest

3    competitor that they have in Atlanta, and it

4    clearly was Delta.  So it wasn't hard to read

5    between the lines.

6         Q    Then in respect to the next question

7    he says, "We would strongly consider it, yes";

8    that is, strongly consider a first-bag fee if

9    Delta went.

10        What did you take him to mean by that?

11        A    That if Delta were to implement it

12   they would strongly consider it.  You know, I'm

13   sure they were in the same situation that we

14   were, that we were looking at all fees and

15   opportunities to cover the rising cost of fuel in

16   our economic conditions, especially as the

17   economy was starting to fall apart around that

18   same point in time.

19        So I didn't -- you know, I think every

20   carrier in the industry, including Southwest at

21   that point and still today, still strongly has to

22   consider and does consider what fees it charges

23   for its services.  And it continues to be a topic

24   of great discussion in the industry.

25        I wasn't surprised by him saying that he

EDWARD H. BASTIAN

In Re: Delta-Airtran                                                   10/27/2009

54

```
 1    would strongly consider it.

 2            Q     Although I take it you were somewhat

 3    surprised that he said it in this context; is

 4    that right?

 5            A     But only to that degree.  It was just

 6    odd.  It wasn't right, wrong or different.  It

 7    was just odd.

 8            Q     Um-hmm.

 9            (Bastian Exhibit 5 was marked for

10    identification.)

11    BY MR. BILLIEL:

12            Q     I've handed you a document marked as

13    Exhibit Number 5, which is DL-CID 25324E-03901,

14    and again is a native format type document with a

15    cover sheet on top.

16            Can you take a look at that, Mr. Bastian,

17    and tell me whether you recognize it?

18            A     I do.

19            Q     And what is that?

20            A     It's a document titled, "Value

21    Proposition"; and it was speaking to the

22    questions we were facing with respect to aligning

23    fees between our two carriers, Delta and

24    Northwest.

25            Q     And specifically first-bag fee; is
```

EDWARD H. BASTIAN

In Re: Delta-Airtran                                        10/27/2009

55

1      that right?

2            A    I believe that to be the case, yes.

3            Q    And was this a document that was

4      prepared for the CLT?

5            A    Could have been.  I recall seeing it

6      in the past.  It doesn't say CLT on it, but, you

7      know, likely it was presented to the CLT.

8            Q    Did you recall a CLT meeting at this

9      time when the issue of first-bag fee was

10     addressed?

11           A    Yes, I do.

12           Q    And why -- and again this is late

13     October of last year?

14           A    Right.

15           Q    Why was Delta considering the

16     first-bag fee again at this point in time?

17           A    Well, we knew we were getting close

18     to consummating the merger with Northwest and

19     like all fees we had to align our fee practices

20     between the two carriers for our customers and to

21     eliminate any confusion and to not put our

22     customers or our employees in a position of

23     having one policy for one carrier and a different

24     policy for another carrier.

25                So this was the natural time to look at

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                          10/27/2009

1    that question and that decision.  Northwest had

2    implemented the first-bag fee; was generating a

3    substantial amount of revenue attached to it

4    delta was not.  And needing to align the policies

5    with the two carriers was something that we had

6    said for quite awhile we were going to do shortly

7    following the merger.

8          **Q    And what if anything had changed in**

9    **the industry from the spring when Delta had**

10   **decided not to adopt the first-bag fee?**

11         A    I would say that we didn't make a

12   decision not to adopt it per se.

13         **Q    Um-hmm.**

14         A    That we were going to watch it.  That

15   we were going to adopt at that point.

16         And what had changed was certainly had a

17   lot more knowledge and experience as to customer

18   acceptance around the fee, which we didn't have

19   in the spring; we were still learning, and we had

20   gotten through in the summer.  And had that which

21   was a substantial amount of data which was in

22   terms of customer acceptance.

23         We had an economic picture that was

24   continuing to unravel, while in the spring fuel

25   was the big issue facing the airlines, by the

EDWARD H. BASTIAN

57

1    fall fuel was coupled with a collapsing economy.

2            So the economic pressures on the carriers

3    were also a substantial matter of concern and

4    consideration.

5            And I think we had customer -- our

6    customers in general had come to accept the fact

7    that they are not liked necessarily, but accept

8    the fact that there were being fees charged for

9    baggage services, was a topic of conversation

10   throughout that spring and summer, it was new,

11   novel.

12           And it was not something that I saw Delta

13   per se getting a lot of credit for not

14   implementing the first-bag fee.

15           So that was something of a discussion as

16   to why weren't we getting credit.

17       **Q    Now, you mentioned having data about**

18   **customer acceptance.  What specific sort of data**

19   **did you have or were you looking at?**

20       A    Well, we were looking at what the

21   other airlines were doing in terms of their

22   operations; was it causing a big operational

23   snafu?  Were they delaying flights?  Were they

24   having boarding issues?  What was the reaction of

25   their employees, and for Delta as well, because

EDWARD H. BASTIAN

58

1    we had implemented a second-bag fee, you know,

2    just earlier, just months ahead at that point.

3            And what we were seeing, it was not having

4    a significant operational impact.  It was not

5    convenient for our employees or our customers,

6    but it was not delaying the operation unduly.

7            And in fact our competitors were

8    commenting about it actually saving them --

9    having cost savings, because there were less bags

10   being checked into the system.  So there was an

11   operational benefit that was also being seen at

12   that point in time.

13           So that was some of the customer data that

14   we were looking at and seeing.

15           **Q    So going into a meeting did you**

16   **yourself have an opinion about whether or not**

17   **Delta should adopt a first-bag fee?**

18           A    I did.

19           **Q    And what was that?**

20           A    That we should.

21           **Q    What were the reasons for that?**

22           A    Severalfold.  First, the size of the

23   revenue implications of that.  We were estimating

24   at Delta that we would generate -- I don't know

25   the specific number -- somewhere between two and

In Re: Delta-Airtran                                              10/27/2009

59

1    three hundred million dollars of revenue a year

2    if we did; coupled with the fact that Northwest

3    was generating a couple hundred million dollars

4    on its own, and actually outperforming and

5    outdelivering what its own forecast internally

6    had been.

7         They were surprised at the size of revenue

8    opportunities.

9         So when you look at needing to align the

10   two carriers, it was close to a $500 million

11   revenue decision.  That was probably first and

12   foremost on my mind, in terms of the revenue that

13   we could have in a period of time when the

14   economy was collapsing.

15        So fuel was less of an issue -- still an

16   issue but less of an issue, because fuel prices

17   had started to decline a bit.  But the economy

18   was collapsing, and we were seeing a tremendous

19   amount of reductions in terms of bookings.

20        The second reason I was looking at as to

21   whether we could credibly market ourselves and

22   gain a share shift premium in the market as the

23   carrier that doesn't charge for the first bag and

24   take more customers in as compared to our main

25   competitors, which are US Air and American and

In Re: Delta-Airtran                                                10/27/2009

60

1    Continental and the like.

2         I did not believe we could.  As you saw

3    the list of fees we charge, they are enormous

4    from surfboards to antlers to whatever.

5         And for us to come out and market that we

6    are the no-fee airline or we are the airline that

7    only charges for the second bag and not the

8    first, I didn't think was a credible marketing

9    strategy or position.  And I didn't think in the

10   consumers' minds the consumers would actually be

11   able to differentiate Delta as the one from all

12   the other carriers that do.

13        And the third point was that, remember,

14   the first bag only impacted those travelers and

15   those customers who are not your frequent fliers,

16   because your Elite frequent fliers, your high

17   value customers, were exempted from the first and

18   second bag charges.

19        So this would be for those travelers that

20   don't regularly frequent Delta, and for them to

21   understand and make a purchase decision around a

22   first-bag fee, I didn't think the size of

23   share-shift opportunity was close to what the

24   revenue opportunity would be for charging the

25   first bag.

**EDWARD H. BASTIAN**

61

1        So those were some of what I thought

2   through previous to entering the --

3        **Q      Okay.  Did you have any discussions**

4   **with Mr. Anderson prior to the meeting?**

5        A      I did.

6        **Q      Do you know what his opinion on the**

7   **issue was?**

8        A      I had shared my views with him coming

9   into the meeting.  I would say he largely agreed

10  that the revenue was a large number and it would

11  be very difficult not to implement a first-bag

12  fee.

13       But he and I both wanted to hear the views

14  of our teams, because we were aware that there

15  were differing opinions within our respective

16  organization -- organizations.  And we wanted to

17  hear the views before we made that final

18  decision.

19       So we were trying to keep our mind

20  somewhat open to the views of the organization,

21  because we hadn't had the full debate yet at that

22  time.

23       But he was aware of my views and I think

24  he largely shared them.

25       **Q      We looked at the document earlier**

**EDWARD H.  BASTIAN**

1    **where he was referring to the free first bag as**

2    **part of the basic bargain, I think was the**

3    **language.  What had changed?  Had anything**

4    **happened or changes beyond that or your view of**

5    **that?**

6          A    I think it was still the evolving

7    picture.  When we first commented on it was still

8    early in the evolution.  But we had more data to

9    suggest whether this was something that customers

10   would accept or wouldn't accept.

11         We had more data to indicate whether some

12   employees would accept or not accept.

13         We had more data, in terms of the state of

14   the financial health of the industry.  You know,

15   we didn't know, I think, in May of 2008 the type

16   of trouble we would be experiencing as an economy

17   in October, with the collapse of the capital

18   markets and the banking crisis and the like.

19         So I think there were some fundamental

20   facts that had changed in terms of the economic

21   outlook.

22         I think there were some fundamental

23   operational data that had actually been

24   introduced.

25         And so I do think that his thinking -- I

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

63

```
 1    know his thinking and certainly my thinking had
 2    evolved over that period of time.
 3           I was right where he was in May, when he
 4    sent that data out.  I said it's to early to call
 5    it.  And I think that's essentially was the
 6    message that he was saying in his response.
 7           Q    I know you said there were
 8    differences of opinion within the leadership
 9    group.
10           Who was against charging the first-bag
11    fee?
12           A    I think the folks in our Revenue
13    Management and pricing area were had concerns.
14           You know, Mr. Hauenstein's team and the
15    group, Ms. Grimmett and the like.
16           They were concerned on the competitive
17    positioning of Delta, and whether we could use
18    this as an opportunity to garner more customers
19    and improve market share.  And I know that was
20    their concern.
21           I think their concern also was they wanted
22    to -- because so much was happening in the fee
23    area, they just wanted to stop and not have us
24    automatically just assume we were going to go
25    implement a first-bag fee.
```

EDWARD H. BASTIAN

64

1          They wanted to have an honest dialogue and

2    discussion of the pros and cons before we did.

3          And I think that was another reason why we

4    wanted to hold the meeting just to hear them out

5    and make certain that we didn't just

6    automatically go forth without having some

7    consideration as to the competitive implications

8    of us, you know, matching.

9          **Q     Who was for the fee, which groups?**

10         A    I would say of the Operations group

11   the Airport team was supportive of implementing

12   the fee, Mr. West and his team; I think they were

13   actually out there collecting the fee, they were

14   with the customers.  They had more on-the-ground

15   data than anyone in the organization.

16         I think they also saw it as an opportunity

17   to reduce their operational cost, you know, there

18   are less bags being checked if you're charging

19   than not, and it was a cost-saving opportunity

20   for their division.

21         **Q     Going back to the exhibit, do you**

22   **know who, or at least what group prepared this**

23   **document?**

24         A    Well, this was prepared by Scott

25   Springer, it looks like, who would have worked in

**EDWARD H. BASTIAN**

1    the -- in one of the revenue areas of the

2    company.

3             Q    So he would have been under

4    Mr. Hauenstein?

5             A    I believe that's right, yes.

6             Q    If I could direct your attention to

7    slide four.  The second heading there says, "Why

8    has Delta waited?  Delta is much more exposed to

9    LCCs"; is that right?

10            A    That's what it says, yes.

11            Q    Is that a correct statement?

12            A    I think Delta as an airline had more

13   exposure to LCCs.  Not that Northwest isn't, you

14   know, but just order of magnitude I think Delta

15   is a little more exposed, yes.

16            Q    Was that related to the reason that

17   Delta had waited to impose a first-bag fee?

18            A    No.

19            Q    Had Delta's exposure to LCCs ever

20   been discussed in the context of whether to

21   implement a first-bag fee, at least at your

22   level?

23            A    Not in my view.  I thought, you know,

24   my view was, could Delta -- would Delta be

25   exposed to share loss and revenue degradation by

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                    10/27/2009

66

1    customers not choosing Delta, whether they be

2    flying on LCCs or any other carrier, because we

3    implemented a first-bag fee?

4          And since the LCCs were generally laggards

5    in adopting the first-bag fees, or second-bag

6    fees for that matter, this is where we would have

7    more exposure, in terms of revenue loss.  But I

8    did not consider it to be my view, a major

9    exposure for the company.

10          **Q     Okay.  If you look in the box that**

11    **said, "Delta," the first line is "Atlanta"?**

12          A     Um-hmm.

13          **Q     And FL is Airtran; is that right?**

14          A     That's correct.

15          **Q     It seems to say or estimate that**

16    **Airtran's probabilty to match is 90 percent; do**

17    **you see that?**

18          A     I do.

19          **Q     Do you have an understanding of the**

20    **basis for that 90 percent number?**

21          A     I don't.  We never discussed how you

22    got to the 1 percent versus another percent.

23          My view was it was consistently likely

24    they were going to charge more because of their

25    financial position.

**EDWARD H. BASTIAN**

**10/27/2009**

67

1          **Q     If you look at slide number ten, the**
2     **document estimates that Delta is currently**
3     **gaining share shift from other legacy carriers**
4     **from not having a fee; do you see that?**
5                    MR. DENVIR:  Where are you?
6                    MR. BILLIEL:  I'm sorry, slide ten.
7                    MR. DENVIR:  Oh, yeah, you are.  I'm
8          sorry.  I'm sorry.
9     BY MR. BILLIEL:
10         **Q     That's right.**
11         A     Yes, I see there is a comparison to
12    US Air in certain overlap markets, yes.
13         **Q     And did you buy that analysis --**
14         A     No.
15         **Q     -- that you were getting traffic?**
16         A     I did not.
17         **Q     Why not?**
18         A     I thought it was anecdotal.  It was
19    too small a period of time.  And there are many
20    things that could influence your market share,
21    your pricing strategy in the market, customer
22    needs at the time, capacity shifts.
23         I didn't think a pre versus post fee -- in
24    fact, US Air picked up share, if you believe
25    these numbers themselves, so obviously it wasn't

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                            10/27/2009

68

1    impacting US Air's ability to compete.

2         **Q     If I could address your attention to**

3    **slide number 16.**

4         **There are estimates of share shift to**

5    **various low-cost carriers, Airtran, Jet Blue,**

6    **Southwest; do you see that?**

7         A    Um-hmm.

8         **Q     Did you believe that analysis?**

9         A    I believe -- did I believe the

10   specific share shift risks?

11        **Q    Yeah.**

12        A    I didn't believe that.  I recognized

13   there was some risk.

14        **Q    Okay.**

15        A    There was clearly some risk, no

16   question about it.  I thought the numbers were

17   too large.

18        **Q     Did you have in your mind a more**

19   **reasonable magnitude for the risk?**

20        A    No.  I thought that the carriers, you

21   know, those carriers would need again to make

22   their determinations based on the financial

23   situation.

24        Airtran, it was well known that they were

25   in some financial trouble; Jet Blue less so, but

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                          **10/27/2009**

69

1    they were not out of the woods.

2          And even Southwest, as their fuel hedges

3    were turning negative on them, were going to have

4    to face the issue.

5          So I viewed it likely over a matter of

6    time it would become the industry standard, it

7    was quickly becoming an industry standard.

8          And when I looked at the size of the

9    revenue, which for Delta we believed to be close

10   to $500 million, it overwhelmed any of these

11   individual case-by-case analysis.

12        **Q     Turning to the CLT meeting where this**

13   **was discussed, can you describe how the debate at**

14   **that meeting went?**

15        A     Sure.  The revenue folks,

16   presented -- I believe this to be the document --

17   I can't recall specifically, a document similar

18   to this if it's not this one exactly -- talked to

19   their concern about share shift; loss of

20   customers from implementing another fee for first

21   bag versus second bag; spoke to some of the

22   anecdotal evidence we are seeing in certain

23   markets where there is some share shift occurring

24   that they thought that they had had -- the fee

25   policies had some implications -- it wasn't

EDWARD H. BASTIAN

1     clear -- but had some meaning to the analysis.

2          Talked about their, you know, just broad

3     competitive concern overall as to whether this is

4     something that, you know, we had an opportunity

5     to differentiate ourselves here as the company

6     that doesn't charge for the first bag.  And

7     albeit more consumer friendly, or however you

8     want to phrase that, and recommended that we not

9     proceed.

10          I also recall the Airport people, Gil West

11    specifically, expressing his concern with that

12    recommendation, the fact that he thought that the

13    revenue was real and tangible, that they were

14    seeing, particularly at Northwest, where we had

15    more data but still hadn't closed the merger, so

16    they didn't know exactly, that they were actually

17    outperforming their own projections and own

18    forecasts, in terms of revenue that is available

19    for this.

20          And also commented that the streamlining

21    that's occurring in the baggage processes, which

22    has always been -- actually is one of our real

23    operational challenges we're facing, particularly

24    here in Atlanta, is how to get bags delivered on

25    time and with the least amount of misconnects.

EDWARD H. BASTIAN

1          This would have a very positive impact on

2     his operation if we went ahead and implemented

3     it.

4          And I can recall at that point Richard

5     kind of going around the room and asking for the

6     various points of view.  And the Revenue people

7     largely were saying, Don't go.  And Gil was a bit

8     of a low voice saying, Yeah, I think we should

9     go.  And shortly thereafter I chimed in with my

10    views.

11         **Q    Okay.  Can you tell me, as best as**

12    **you recall, what you said at the meeting?**

13         A    Well, I said I didn't -- not that I

14    didn't believe the analysis, but I didn't believe

15    this was a revenue opportunity that we could pass

16    on.

17         I was concerned with the financial

18    condition of the industry and the financial

19    condition of the company.

20         We had gone through a significant amount

21    of cash loss driven by the high fuel prices that

22    summer which were starting to recede, but we were

23    starting to see some real and tangible

24    implications of the economic meltdown that we

25    were experiencing as a country and as an economy,

**EDWARD H. BASTIAN**

72

```
 1    and not just U.S., but internationally as well.

 2          I was concerned with -- there was a

 3    specific issue with the -- it's called the

 4    Reserve Primary Fund, where the money market fund

 5    that broke the buck.

 6          And we had -- I want to say eight or

 7    $900 million, it was a large amount of money that

 8    we thought was very safe that we couldn't get our

 9    hands on at that point in time.

10          I was concerned with what this was going

11    to do to our eventual funding our pensions,

12    because our pension plan assets were taking a

13    fairly significant hit, driven by the financial

14    meltdown, and money we were going to have to

15    restock the pensions with.

16          And while it may have been an interesting

17    marketing position that you could differentiate

18    Delta from the rest of the carriers, low fare as

19    well as majors, I didn't believe credibly we

20    could market Delta and actually drive the share

21    shift needed to offset the revenue dilution we

22    would see if we didn't charge the first bag, and

23    felt strongly we needed to go ahead and adopt and

24    align the policies of the two companies in favor

25    of what Northwest had already implemented.
```

EDWARD H. BASTIAN

In Re: Delta-Airtran                                          10/27/2009

73

1        Q     Can you tell me a little more about

2   the pension liability you mentioned?

3        A     Sure.  Delta has pension plans,

4   defined benefit plans with all its employees,

5   except its pilots.  That plan was terminated

6   during the bankruptcy.

7             And we're underfunded coming into that

8   year in 2008.  And then the pension plan assets

9   had taken somewhere in the order of a 20 to

10  30 percent hit as the market had come down

11  dramatically, which caused an increase in our

12  funded obligations to the plan in the billions of

13  dollars -- you have three, four, five, billion

14  dollars, it's a moving target based on where the

15  market is at any one point in time.

16            All of that was happening realtime.  And

17  while we'd have a series of years to make up that

18  funding, it was still going to be a very serious

19  obligation we hadn't planned on in terms of being

20  a cash call on the company.

21            And you couple that with the fact that we

22  didn't know if we were ever going to get our

23  money out of reserve fund which, as I said, was

24  almost a billion dollars, because Northwest had

25  some of it and Delta had a large amount in it.

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                    10/27/2009

74

```
 1          It was causing -- the financial outlook to
 2     me was quite concerning.
 3          Q      Did Mr. Anderson give his opinion at
 4     the meeting?
 5          A      After I spoke he chimed in and he
 6     agreed with me.
 7          Q      Did he go into further detail about
 8     why he agreed or did he just second it?
 9          A      Well, he was -- he commented that he
10     had previously been opposed -- "opposed" is too
11     strong a word.  But he had not been in favor of
12     being an early adopter, wanted to get the data.
13          Saw that we were -- and believed that we
14     were able to operationally implement the
15     first-bag fee at the airports, our Airport people
16     were themselves saying that they could handle it.
17          And recognized -- and I think he certainly
18     deferred to my opinion on the overall financial
19     condition of the company -- that this was too
20     large a revenue pool to pass on, given the
21     challenges that we were likely to face.
22          And don't forget, fuel prices at that
23     point, while they had started to recede, were
24     incredibly volatile.  And I was forever, and
25     forever will be struck by -- there was a specific
```

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                      10/27/2009

75

1    day in September, just a month previous, where

2    oil prices had started to fall and had actually

3    gotten into the nineties from $140 at the high;

4    they jumped to $128 that same day.  There was a

5    30-dollar rise in the market price of fuel in one

6    day.

7        A 30-dollar rise in the market price of

8    fuel to Delta is $3 billion a year.

9        We couldn't afford to be taking bets on

10   the margin about share shift when we had the size

11   of the revenue and economic pressures facing the

12   company.

13       **Q    Was there a decision on the first-bag**

14   **fee actually taken at this meeting?**

15       A    I don't know if we made a final

16   decision.  Clearly the -- we all left the room

17   with the view that we were going to implement,

18   But we couldn't implement until we had the

19   Northwest point of view in the room.  And we were

20   days away from closing the merger at that

21   point -- and we knew it was going to be very,

22   very soon -- and we had asked the team to come

23   back the following week or ten days after they

24   had, you know, upon closing, and affirm that we

25   are in all agreement that we were going to go

EDWARD H. BASTIAN

76

1    ahead and implement.

2         Q    Okay.  So after closing they would

3    meet with some Northwest people and come back to

4    the CLT?

5         A    Yes.

6         Q    And who are the Northwest people?  Do

7    you recall who were involved in that process?

8         A    It would have been the Northwest

9    Operational team, the ACS team, some of the

10   Revenue Management team at Northwest as well.

11   But largely it was an operational issue at that

12   point.

13        Q    Going back to the discussion at the

14   meeting for a moment.

15        Did the issue of whether or not Airtran

16   would follow Delta come up?

17        A    We talked about all of the carriers

18   that had matched and that hadn't matched.  So

19   Airtran came up; Southwest came up; Jet Blue came

20   up, as you saw; the majors came up.

21        And there was a view that this was an

22   opportunity -- there was a point of view that

23   Airtran was struggling and that if they did

24   decide to match us, this would actually provide a

25   revenue source for a struggling carrier; did you

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                                    10/27/2009

77

1    really want to extend them a lifeline?

2         Again I looked at that issue as I could

3    care less.  I was worried about Delta surviving

4    and no one else.  So it was a passing comment,

5    but it was not a topic of discussion.

6         **Q    Was there any mention of statements**

7    **that Mr. Fornaro had made a few days previously?**

8         A    I believe somebody indicating that

9    that had come up on the call.  I was familiar

10   with it, I had read it, and I had heard about it.

11   It may have even been in the media, I don't know.

12   And it didn't have any implications to me.

13        I thought the need was for Delta to take

14   care of itself and not worry about what a

15   relatively small carrier was going to do.

16        **Q    Did Mr. Halter offer a view on**

17   **whether to adopt a first-bag fee?**

18        A    I think he was swayed a bit by the

19   revenue share-shift opportunity.  But I don't

20   think he made it -- the way the -- Richard asked

21   for the views in the room.  It kind of started on

22   the revenue end.  And they were saying, Yes, we

23   recommend you not, we recommend you not, we

24   recommend you not.

25        I think Mr. Halter was next in line and he

EDWARD H. BASTIAN

78

```
 1    felt the balance of the room was moving that

 2    direction.  I don't think he was the CFO at that

 3    time.  I think I was still officially CFO.  And

 4    he had said, Well, I guess we shouldn't, if the

 5    Revenue team thinks not.

 6         And that's kind of when I interjected

 7    quickly and I said, No, the CFO actually has a

 8    different point of view.

 9         So we never finished going around the

10    table shortly after that.

11         Q    Okay.

12         (Bastian Exhibit 6 was marked for

13    identification.)

14    BY MR. BILLIEL:

15         Q    I've handed you a document marked

16    Exhibit 6, which is an e-mail DL-CID

17    25324E-03552, with an attachment in native form.

18         I'm not sure whether you -- look at the

19    face of this, Mr. Bastian.  I'm not sure whether

20    you have necessarily seen that.  But can you tell

21    me that from looking at it?

22         A    I don't specifically recall seeing

23    this, no.

24         Q    Okay.  It's an e-mail from

25    Mr. Phillips, who is reporting on the meeting,
```

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                              10/27/2009

79

1    and it characterizes some of the things that CLT

2    said.

3            And the paragraph that starts, "First," it

4    says, "The CLT is concerned that if we were to

5    implement a first-bag fee the customer would see

6    Delta as the high-fee airline, while Southwest

7    has the perception of the no-fee airline"; do you

8    see that?

9            A    I do see that.

10           Q    Was that something that the CLT was

11   concerned about?

12           A    We discussed it.  I don't think that

13   our fees necessarily in the other categories

14   stood out as the high-fee airline.

15           I'm not familiar with that specific

16   concern.

17           Q    Um-hmm.  Prior to this it says, "If,

18   we decide to enact a first-bag fee, how would we

19   alter our fees in other areas of the business"?

20   Is that an issue --

21           A    I'm sorry, where were you reading?

22           Q    I'm sorry, the beginning of that

23   paragraph.

24           A    The beginning of the first --

25           Q    "First, if we decide to enact the

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                              **10/27/2009**

80

1    **first checked-bag fee, how would we want to alter**

2    **our fees in other areas?"**

3          **Was there discussion of whether to change**

4    **other fees if you went with first bag?**

5          A     Well, I think there was some question

6    as to whether if you implemented the first bag,

7    would you need to reduce -- for example, the

8    second-bag fee, I think we were at $50 at that

9    point in time, and would we come back more in

10   line with where the market was?

11         And I think there was also a question that

12   if we did not implement the first-bag fee, would

13   there be other areas of fees that we should

14   increase that would compensate or the fact that

15   we didn't have one?

16         So aligning all these fees was also in the

17   context of I guess the Northwest fee structure

18   and where there were gaps and where we hadn't

19   been able to make any changes to the Northwest

20   fee structure, because we didn't have the ability

21   to, number one, make those changes and, number

22   two, discuss them with Northwest.

23         I think it was probably more in that arena

24   than anything else.

25         Q     Okay.  So the changing of the other

EDWARD H. BASTIAN

81

1       **fees was related to aligning of Northwest as**

2       **opposed to some sort of customer satisfaction**

3       **concerns?**

4            A    It was more around the aligning with

5       Northwest.  There was, as I said, there was some

6       direct implications if we went ahead with the

7       first-bag fee, we did decide we'd have to reduce

8       the second-bag fee to a more manageable number,

9       to be more in line with the overall market.

10           And there was some question at the

11      meeting, I recall, that if we did not implement

12      the first-bag fee, were there other areas that we

13      could increase our fees?  All of which fed my

14      views at the meeting that, How can we talk that

15      we are the no-fee airline if we are talking about

16      making up other fees in other areas?

17           I just didn't think it was a credible

18      statement.

19           But again I think it was getting to be

20      more of a function of the fact that the whole fee

21      structure in the airlines was moving almost by

22      the week at that point, with everything going on

23      in the economy, with everything going on in the

24      fuel, and with all of the moving parts.

25           So not only did we have to align with

**EDWARD H.  BASTIAN**

82

1    Northwest.  We had to make sure we were not

2    uncompetitive or left behind, leaving money on

3    the table, in any other areas of our fee

4    structure.

5         **Q    Was there a consideration of changing**

6    **the second-bag fee to the level of the other**

7    **carriers, even apart from the first bag**

8    **discussion?**

9         A    I don't recall it being a major

10   source of discussion.  I think if we all knew

11   that if we put in the first-bag fee that matched

12   the industry, we would likely reduce the

13   second-bag fee, so as not to be perceived as the

14   high-fee airline out there.

15              MR. BILLIEL:  This is seven.

16              (Bastian Exhibit 7 was marked for

17         identification.)

18   BY MR. BILLIEL:

19        **Q    I've handed you a document,**

20   **Mr. Bastian, that's been marked as Exhibit 7,**

21   **it's DL-CID 25324P-00001.**

22        **Can you take a look at that and tell me if**

23   **you recognize it, please?**

24        A    I recall seeing this.

25        **Q    And what is it?**

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                          10/27/2009

83

```
 1        A    It was an update to the fee
 2   comparisons across the business, Sky Mile
 3   surcharges, reservation fees; talked about
 4   baggage fees but also it referenced there were
 5   other fees that also needed to be aligned between
 6   Northwest and Delta.
 7        Q    So is this a follow-up from the prior
 8   meeting?
 9        A    I don't recall if this was a
10   follow-up or this was a separate conversation --
11        Q    Okay.
12        A    -- about aligning the fees.  The
13   first meeting we were just talking about was
14   specific to the first-bag fee charge, question.
15        Q    Okay.
16        A    This was more in the other revenue,
17   any other fee areas of the business.
18        Q    This is the broader issue of aligning
19   with Northwest.
20        A    Yes.  Yes.
21        Q    There's some handwriting on the
22   document; do you know whose that is?
23        A    That looks like Richard's.
24        Q    If you look at the second -- I'm
25   sorry, the third page, it says, "Yes" next to
```

EDWARD H.  BASTIAN

In Re: Delta-Airtran                                          10/27/2009

84

1    proposed $15 first bag; "Yes" next to proposed

2    $25 second bag.

3           And then it looks like there's some

4    alterations that were not approved.

5           Do you see that?

6           A    I see notations.  I'm not sure what

7    you specifically mean by "not approved."

8           Q    It says "Yes" next to "Current" as

9    opposed to "Proposed."

10          A    I see where it says that, yes.

11          Q    Do you recall that discussion about

12   retaining the current as opposed to what the --

13          A    In these other areas?

14          Q    Yes.

15          A    I'm sure I was there for the meeting.

16   I can't remember this.

17          These were not big numbers, big influence

18   areas so --

19          Again the concern was raising our revenue

20   base in light of a deteriorating economy.

21          So anything that was taking revenue off

22   the table, we probably would have had a view

23   that -- a question as to why we did that.

24          Q    Okay.  Was it at this meeting where

25   Richard is writing "Yes" next to the first-bag

EDWARD H. BASTIAN

In Re: Delta-Airtran                                                10/27/2009

85

```
1     fee?  Is this where the actual decision was made?
2          A    I can't remember the exact
3     sequencing.  This was dated -- is there a date on
4     this?
5               MR. DENVIR:  Unfortunately, yes, but
6          it's the wrong date.
7               MR. BILLIEL:  It's the one thing one.
8               THE WITNESS:  Okay.
9     BY MR. BILLIEL:
10         Q    I think there was some testimony that
11    the actual date is November 3rd?
12              MR. DENVIR:  Is that right?
13              MR. MITCHELL:  Yes.
14              THE WITNESS:  I don't remember.
15         There was -- as I mentioned, there was a
16         follow-up that was requested, and so this
17         probably was the follow-up deck.
18    BY MR. BILLIEL:
19         Q    Okay.  So I take it, Mr. Bastian,
20    your testimony is that the statements that
21    Mr. Fornaro made about first-bag fee in that
22    investor call you looked at, had no impact on
23    Delta's decision to adopt a first-bag fee; is
24    that right?
25         A    No impact whatsoever.
```

**EDWARD H.  BASTIAN**

86

1           MR. BILLIEL:  Let's take a break.

2           THE WITNESS:  Okay.

3           VIDEOGRAPHER:  This marks the end of

4      tape number one in the deposition of Ed

5      Bastian.

6           (Short recess taken at 10:26 a.m.

7      until 10:41 a.m.)

8           VIDEOGRAPHER:  This marks the

9      beginning of tape number two in the

10     deposition of Ed Bastian.  Videotape is on

11     the record at 10:41.

12  BY MR. BILLIEL:

13     Q    Okay, Mr. Bastian, I just have a very

14  few additional questions for you.

15     A    Okay.

16     Q    You mentioned a couple times that by

17  the time that Delta decided to go with the

18  first-bag fee you had data or evidence from how

19  it was working in the rest of the industry.

20     I just kind of wanted to kind of nail down

21  what you were talking about.  I take it one

22  category of things would be how it operationally

23  affected the other carriers.

24     A    That's correct.

25     Q    So that would be things like on time

**EDWARD H. BASTIAN**

1      performance.

2            A     That's correct.

3            Q     **Those kind of statistics?**

4            A     On time performance, we had people

5      actually, since we live in most of the airports

6      that or our competitors live in, actually

7      observing their processes, trying to get some

8      realtime feedback.  Getting realtime feedback

9      from the Northwest personnel, since they had

10     implemented it previously to try to find out if

11     this was causing a significant amount of

12     operational disruption and delay to the schedule;

13     if it was inconveniencing your highest premium

14     customers.  You know, what was the jet bridge

15     policy going to be when there were too many bags?

16     Do you start surcharging in the gatehouse or not?

17            Those types of issues, yeah.

18            Q     **Okay.  And what if any data did you**

19     **have regarding customer acceptance of the fees?**

20            A     Well, from a customer acceptance

21     standpoint, we obviously looked at a couple

22     different areas, you know, first on the premium

23     customers, the high value customers, they were

24     not going to be charged anyway.

25            So from our vantage point actually -- my

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                          10/27/2009

88

1    vantage point, I'll speak for myself -- it

2    actually made becoming a premium customer with

3    Delta that much more important, because you

4    weren't going to have to pay the fee because that

5    was part of your overall benefit package being a

6    Sky Mile Elite member.

7          From the non-premium customer base, we

8    didn't see any dramatic share shift momentum of

9    any consequence.

10         We talk about in the deck, there's some

11   anecdotal evidence that there's some marginal

12   improvements.  But there was no overall trend

13   line in terms of capacity or market share

14   advantages that we were seeing.

15         And more importantly to me was the fact

16   that it was -- the broader topic in the media was

17   all were airline fees.

18         You couldn't pick up a paper those days

19   without reading about some added airline fee or

20   some additional charge that the airlines were

21   including a reduction in capacity in the markets,

22   because the other thing that the airlines all

23   needed to do as fuel prices went through the roof

24   was we needed to reduce the amount of flying we

25   were doing; and so needing for people to get

89

1    their seats reserved for the holiday sooner.

2          So there were fee conversations in the

3    media that were occurring on a daily basis.

4          And I had strong reservation about our

5    ability to break through that media discussion

6    and that clutter, if you will, chatter, to say

7    that, Well, Delta is actually doing it

8    differently, again for customers that are not our

9    regular customers.

10          I just didn't think we could effectively

11    communicate that message and actually drive those

12    customers towards Delta, as compared to any other

13    airline.

14          So those are the types of considerations

15    we were thinking.  But I would also tell you that

16    it was evolving by the day.  The airlines were

17    changing their policies literally by the week and

18    implementation was still a moving target for many

19    of us.

20              MR. BILLIEL:  Okay.  That's all the

21          questions we have for you, Mr. Bastian.

22          Thank you very much.

23              THE WITNESS:  Thank you for coming

24          down.  I appreciate it.

25              MR. DENVIR:  Thanks for stopping by.

**EDWARD H.  BASTIAN**

90

1              THE WITNESS:  Sorry to be as

2         challenging with my schedule.  You're

3         welcome to come to Japan with me, if you

4         want to do that.

5              VIDEOGRAPHER:  That concludes the

6         deposition of Ed Bastian, consisting of

7         two tapes.

8              Videotape is off the record at 10:45.

9              (Thereupon, at 10:45 a.m. the

10         deposition was concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                                    10/27/2009

1                    E R R A T A   S H E E T

2          Pursuant to Rule 30(7)(e) of the Federal Rules

3     of Civil Procedure and/or Georgia Code Annotated

4     81A-130(B)(6)(e), any changes in form or substance

5     which you desire to make to your deposition

6     testimony shall be entered upon the deposition with

7     a statement of the reasons given for making them.

8          To assist you in making any such corrections,

9     please use the form below.  If supplemental or

10    additional pages are necessary, please furnish same

11    and attach them to this errata sheet.

12         I, the undersigned, EDWARD H. BASTIAN, do

13    hereby certify that I have read the foregoing

14    deposition and that to the best of my knowledge

15    said deposition is true and accurate (with the

16    exception of the following corrections listed

17    below).

18    Page ____ Line ____ Should read:_____

19    Reason for change:_____

20    Page ____ Line ____ Should read:_____

21    Reason for change:_____

22    Page ____ Line ____ Should read:_____

23    Reason for change:_____

24    Page ____ Line ____ Should read:_____

25    Reason for change:_____

**EDWARD H.  BASTIAN**

**In Re: Delta-Airtran**                                              **10/27/2009**

                                                                        92

1     Page ____ Line ____ Should read:_____

2     Reason for change:_____

3     Page ____ Line ____ Should read:_____

4     Reason for change:_____

5     Page ____ Line ____ Should read:_____

6     Reason for change:_____

7     Page ____ Line ____ Should read:_____

8     Reason for change:_____

9     Page ____ Line ____ Should read:_____

10    Page ____ Line ____ Should read:_____

11    Reason for change:_____

12    Page ____ Line ____ Should read:_____

13    Reason for change:_____

14    Page ____ Line ____ Should read:_____

15    Reason for change:_____

16    Page ____ Line ____ Should read:_____

17    Reason for change:_____

18    Page ____ Line ____ Should read:_____

19

20

21

22

23

24

25

**EDWARD H. BASTIAN**

In Re: Delta-Airtran                                                        10/27/2009

93

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2      I, EDWARD H. BASTIAN, do hereby acknowledge that I

 3   have read and examined the foregoing testimony, and

 4   the same is a true, correct and complete

 5   transcription of the testimony given by me and any

 6   corrections appear on the attached errata sheet

 7   signed by me.

 8

 9                                      _____

10   EDWARD H. BASTIAN,              (Dated)

11

12

13   Sworn to and Subscribed before me_____

14   Notary Public. This _____day of_____, 2009.

15   My Commission Expires:

16

17

18

19

20

21

22

23

24

25
```

**EDWARD H.  BASTIAN**

In Re: Delta-Airtran                                                      10/27/2009

94

1                       C E R T I F I C A T E

2      GEORGIA:

3      FULTON COUNTY:

4

5              I hereby certify that the foregoing

6      deposition was reported, as stated in the caption,

7      and the questions and answers thereto were reduced

8      to the written page under my direction; that the

9      foregoing pages 1 through 90 represent a true and

10     correct transcript of the evidence given.  I further

11     certify that I am not of kin or counsel to the

12     parties in the case; am not in the regular employ of

13     counsel for any of said parties; nor am I in anywise

14     interested in the result of said case.

15             This, the 31st day of October, 2009.

16

17

18

19

20

21     _____

22     Dennis Zambataro, RPR, CCR-B-1320

23

24

25