**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | CIVIL ACTION FILE NUMBER 1:09-md-2089-TCB<br><br>ALL CASES |

# PLAINTIFFS' MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS

Plaintiffs request permission to file under seal Plaintiffs' Motion for Discovery Sanctions and Plaintiffs' Memorandum In Support Of Motion For Discovery Sanctions ("Motion for Discovery Sanctions").

Plaintiffs' Motion for Discovery Sanctions contains information which the Defendants consider confidential. To preserve the confidentiality of the information discussed in the Motion for Discovery Sanctions, Plaintiffs request permission to file their Motion for Discovery Sanctions under seal.

WHEREFORE, Plaintiffs move this Court to enter the proposed order granting Plaintiffs' request attached hereto.

This the 2nd day of December, 2013.

/s David Flint
David H. Flint
Georgia Bar No. 264600
Michelle Roback Kraynak
Georgia Bar No. 429353
SCHREEDER WHEELER & FLINT, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4516
dflint@swfllp.com
mkraynak@swfllp.com
*Interim Liaison Counsel for Plaintiffs*

Daniel A. Kotchen
Daniel L. Low
Robert A. Klinck
KOTCHEN & LOW LLP
1745 Kalorama Road, NW, Suite 101
Washington, DC 20009
dkotchen@kotchen.com
dlow@kotchen.com
rklinck@kotchen.com

R. Bryant McCulley
Stuart H. McCluer
McCULLEY MCCLUER PLLC
1919 Oxmoor Road, No. 213
Birmingham, AL 35209
bmcculley@mcculleymccluer.com
smccluer@mcculleymccluer.com

Cale H. Conley
Richard A. Griggs
CONLEY GRIGGS LLP
4400 Peachtree Rd., N.E
Atlanta, GA 30319
cale@conleygriggs.com
richard@conleygriggs.com

Andrew H. Rowell III
James L. Ward, Jr.
Robert S. Wood
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
P.O. Box 1007
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29465
hrowell@rpwb.com
jward@rpwb.com
bwood@rpwb.com
*Interim Co-Lead Counsel for Plaintiffs*

K:\7691\1\pleadings\Motion for Sanctions\Motion to File Under Seal.docx

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned hereby certifies that the above and foregoing is a computer document prepared in times new roman (14 point) font in accordance with Local Rule 5.1B.

So certified, this 2nd day of December, 2013.

/s/ David H. Flint
David H. Flint
Georgia Bar No. 264600
Michelle Roback Kraynak
Georgia Bar No. 429353

Liaison Counsel for Plaintiffs

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
dflint@swfllp.com
mkraynak@swfllp.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this day the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

So certified, this 2nd day of December, 2013.

/s/ David H. Flint
David H. Flint
Georgia Bar No. 264600

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
(404) 681-3450
dflint@swfllp.com