# EXHIBIT "F"

| | |
|---|---|
| **From:** | Bruce Pixley <bpixley@precisiondiscovery.com> |
| **Sent:** | Friday, March 22, 2013 1:16 PM |
| **To:** | Steve Flitter |
| **Cc:** | Michael Fragale |
| **Subject:** | RE: Custodian Mailbox PST's to Extract |

Steve,

This is acceptable.

Please submit all invoices to counsel in this matter and reference "**In Re Delta/AirTran Baggage Fee Antitrust Litigation MDL 2089**"

Daniel L. Low
(202) 841-7164
dlow@kotchen.com

Daniel Kotchen
(202) 416-1848 (o)
dkotchen@kotchen.com

Kotchen & Low LLP
2300 M Street, N.W.
Suite 800
Washington, D.C.  20037


**From:** Steve Flitter [mailto:sflitter@tdsllc.com]
**Sent:** Friday, March 22, 2013 8:32 AM
**To:** Bruce Pixley
**Cc:** Michael Fragale
**Subject:** RE: Custodian Mailbox PST's to Extract

Bruce,

Please see the following assumptions, scope of work, and pricing for the continuation of expedited TDS Project Number 130301 being overseen by Michael Fragale.

Assumptions

Tape Quantity- 24
Tape Type(s)- LTO 1/LTO 3
Hard Drives Containing EDB's- 2
Backup Format- Backup Exec (Standard Backups; No Encryption, No Brick-Level Exchange Backups, no NDMP, BKF, or Equivalent Backups)
Environment- Windows
Mail System- Exchange
Data of Interest- Email
Custodians of Interest- Up to 50

1

Scope of Work (Work to be Expedited)

TDS to Session Level Catalog all 24 LTO 1/LTO 3 tapes
TDS to Mount EDB's and Restore all 24 LTO 1/LTO 3 tapes
TDS to Mount EDB's and Restore Data from 2 HDD's
TDS to Provide Precision Discovery with all of the Exchange data (EDB's, Log Files, STM Files) off the tapes onto two separate sets of target HDD's as a separate deliverable before extracting custodian mailbox .pst's
TDS to Extract up to 50 Custodian Mailbox PST's and provide extracted data to Precision Discovery on appropriately sized target HDD's

Expedited Delivery Pricing

Tape Cataloging- (All 24 Tapes)- $75/Tape
Tape Restoration- (All 24 Tapes)- $425/Tape Inclusive of EDB Mounting/PST Extraction for up to 50 Custodians of Interest.  Pricing assumes a 1:1 ratio of EDB's per tape. EDB's in excess of 24 will be charged $125/EDB.  For Custodian Mailbox PST's in excess of 50 to be extracted, there will be a charge of $40 per additional batches of 50 to be extracted.
Mounting of "Standalone" EDB's from 2 HDD's)/PST Extraction- $200/EDB Inclusive of PST Extraction for up to 50 Custodians of Interest.   For Custodian Mailbox PST's in excess of 50 to be extracted, there will be a charge of $40 per additional batches of 50 to be extracted.
Professional Services- (If required and with prior approval)- $250/Hour
Target Media HDD- At Cost
Shipping- At Cost

Please reply to this message indicating your acceptance of the above pricing for your project.

Thanks,

**Steve Flitter, TDS**
**Director Sales and Business Development**

99 Madison Avenue
7th Floor
New York, NY 10016
Office:  212-679-7600 x 122
Cell:     201-321-3065

**From:** Bruce Pixley [mailto:bpixley@precisiondiscovery.com]
**Sent:** Thursday, March 21, 2013 11:32 AM
**To:** Steve Flitter
**Cc:** Michael Fragale
**Subject:** RE: Custodian Mailbox PST's to Extract

Steve,

The tapes are for different Exchange servers so it will not consistently be x number of mailboxes. I imagine there will be about 40 mailboxes (some will have more and some will have less)

Bruce W. Pixley, CISSP, EnCE
Vice President, Computer Forensics

**From:** Steve Flitter [mailto:sflitter@tdsllc.com]
**Sent:** Thursday, March 21, 2013 7:59 AM
**To:** Bruce Pixley
**Cc:** Michael Fragale
**Subject:** Custodian Mailbox PST's to Extract

Hi Bruce,

I am putting together pricing for the 24 tapes we received yesterday.

In that regard, separate from the EDB deliverable we discussed on Tuesday, please advise how many custodian mailbox .pst's you are interested in having TDS extract.

Thanks,

Steve


**Steven M. Flitter**
Director Sales and Business Development



**Trusted Data Solutions, LLC**

99 Madison Avenue
7th Floor
New York, NY 10016
Office:  212-679-7600 x 122
Cell:       201-321-3065

sflitter@tdsllc.com
www.tdsllc.com

3