# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:09-md-02089-TCB
### IN RE: Delta/AirTran Baggage Fee Antitrust Litigation.
### Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 02/04/2014.

```
TIME COURT COMMENCED: 9:38 A.M.
TIME COURT CONCLUDED: 1:38 P.M.        TAPE NUMBER: FTR GOLD
TIME IN COURT: 4:10                     DEPUTY CLERK: Patricia Montgomery
OFFICE LOCATION: Atlanta
 (And 1:43 p.m.- 1:53 p.m.)
```

ATTORNEY(S)
PRESENT:       Randall Allen representing Delta Air Lines, Inc.
               Alden Atkins representing AirTran Airways, Inc.
               Alden Atkins representing AirTran Holdings, Inc.
               Cale Conley representing Avery Insurance Group, Inc.
               Cale Conley representing Carla Dahl
               Cale Conley representing David Terry
               Cale Conley representing Henryk J. Jachimowicz
               Cale Conley representing Laura Greenberg Gale
               Cale Conley representing Martin Siegel
               Cale Conley representing Stephen Powell
               James Denvir representing Delta Air Lines, Inc.
               David Flint representing Avery Insurance Group, Inc.
               David Flint representing Carla Dahl
               David Flint representing David Terry
               David Flint representing Henryk J. Jachimowicz
               David Flint representing Laura Greenberg Gale
               David Flint representing Martin Siegel
               David Flint representing Stephen Powell
               Roger Fones representing AirTran Airways, Inc.
               Roger Fones representing AirTran Holdings, Inc.
               Daniel Kotchen representing Avery Insurance Group, Inc.
               Daniel Kotchen representing Carla Dahl
               Daniel Kotchen representing David Terry
               Daniel Kotchen representing Henryk J. Jachimowicz
               Daniel Kotchen representing Laura Greenberg Gale
               Daniel Kotchen representing Martin Siegel
               Daniel Kotchen representing Stephen Powell
               Michelle Kraynak representing Avery Insurance Group, Inc.
               Michelle Kraynak representing Carla Dahl

|  |  |
|---|---|
|  | Michelle Kraynak representing David Terry |
|  | Michelle Kraynak representing Henryk J. Jachimowicz |
|  | Michelle Kraynak representing Laura Greenberg Gale |
|  | Michelle Kraynak representing Martin Siegel |
|  | Michelle Kraynak representing Stephen Powell |
|  | Daniel Low representing Avery Insurance Group, Inc. |
|  | Daniel Low representing David Terry |
|  | R. McCulley representing Avery Insurance Group, Inc. |
|  | R. McCulley representing David Terry |
|  | James Ward representing Avery Insurance Group, Inc. |
|  | James Ward representing David Terry |
| OTHER(S) PRESENT: | Delta Airline's Representative, Scott McClan<br>AirTran's Representatives, Mark Shaw & Stacy Cozard. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | SETTLEMENT CONFERENCE HELD. CASE DID NOT SETTLE. MAGISTRATE JUDGE RUSSELL G. VINEYARD IS TERMINATED AS SETTLEMENT REFERRAL JUDGE. |