## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | Civil Action No. 1:09-md-2089-TCB<br><br>ALL CASES |

## DELTA AIR LINES, INC.'S MOTION TO FILE MATERIALS UNDER SEAL

Delta Air Lines, Inc. ("Delta") hereby moves the Court to permit the following materials to be filed under seal:

(1) Delta Air Lines, Inc's Opposition to Plaintiffs' Motion for Discovery Sanctions, including exhibits thereto;

(2) Delta Air Lines, Inc.'s Motion to Exclude Opinions and Testimony of Bruce Pixley, including Memorandum of Law in support.

The above-referenced materials contain information designated as Confidential or Highly Confidential pursuant to the Court's January 21, 2010 Case Management Order. Electronic copies of the above-referenced materials are being submitted to the Court and served upon counsel of record via email.

A proposed Order for the Court's consideration is included herewith.

Dated: February 6, 2014

Respectfully submitted,

s/ Samuel R. Rutherford
Randall L. Allen
Georgia Bar No. 011436
randall.allen@alston.com
Samuel R. Rutherford
Georgia Bar No. 159079
sam.rutherford@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7196
Fax: 404-253-8473

James P. Denvir
jdenvir@bsfllp.com
Scott E. Gant
sgant@bsfllp.com
Michael S. Mitchell
mmitchell@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131
*Counsel for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day the foregoing DELTA AIR LINES, INC.'S MOTION TO FILE MATERIALS UNDER SEAL was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

This 6th day of February, 2014.

                                        s/ Samuel R. Rutherford
                                        Samuel R. Rutherford
Georgia Bar No. 159079
sam.rutherford@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7196
Fax: 404-253-8473