IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE DELTA/AIRTRAN BAGGAGE  )   CIVIL ACTION FILE
FEE ANTITRUST LITIGATION            )   NUMBER 1:09-md-2089-TCB

# **O R D E R**

Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court hereby notifies the parties of its intent to appoint Bruce P. Brown as a special master to review and issue a report and recommendation on Plaintiffs' pending motion for discovery sanctions.  The Court will impose a deadline for the filing of the R&R to ensure the prompt resolution of the motion and will likely require Plaintiffs and Delta to each pay forty-five percent of Brown's fees and AirTran to pay ten percent of his fees.

The parties shall inform the Court, on or before May 13, of any objections to Brown's appointment or any relationship with Brown that would disqualify him pursuant to Rule 53(a)(2).

IT IS SO ORDERED this 6th day of May, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge