# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | Civil Action No. 1:09-md-2089-TCB<br><br>ALL CASES |

## DELTA AIR LINES, INC.'S STATEMENT REGARDING POTENTIAL APPOINTMENT OF SPECIAL MASTER

Pursuant to the Court's May 6, 2014 Order, Delta Air Lines, Inc. ("Delta") hereby informs the Court that it does not object to the appointment of Bruce P. Brown as Special Master, and is not aware of any relationship with Mr. Brown that would disqualify him pursuant to Rule 53(a)(2).  Although not a ground for disqualification under Rule 53(a)(2), Delta discloses that it is a former client of Mr. Brown.

Dated: May 13, 2014

Respectfully submitted,

s/ Randall L. Allen
Randall L. Allen
Georgia Bar No. 011436
randall.allen@alston.com
Samuel R. Rutherford
Georgia Bar No. 159079
sam.rutherford@alston.com
ALSTON & BIRD LLP

1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7196
Fax: 404-253-8473

James P. Denvir
jdenvir@bsfllp.com
Scott E. Gant
sgant@bsfllp.com
Michael S. Mitchell
mmitchell@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Suite 800
Washington, DC 20015
Tel: 202-237-2727
Fax: 202-237-6131

*Counsel for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this day the foregoing *Delta Air Lines, Inc.'s Statement Regarding Potential Appointment of Special Master* was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter.

This 13th day of May, 2014.

        s/ Samuel R. Rutherford
        Samuel R. Rutherford
        Georgia Bar No. 159079
        sam.rutherford@alston.com
        Alston & Bird LLP
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        Tel: 404-881-7196
        Fax: 404-253-8473

        *Counsel for Defendant Delta Air Lines, Inc.*