IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | CIVIL ACTION FILE NUMBER 1:09-md-2089-TCB ALL CASES |

## STATEMENT OF AIRTRAN AIRWAYS, INC. REGARDING APPOINTMENT OF SPECIAL MASTER

Defendant AirTran Airways, Inc. has no objection to the appointment of Bruce P. Brown as special master pursuant to the Court's Order dated May 6, 2014 (Docket No. 472).

May 13, 2014                     Respectfully submitted,

  s/ Alden L. Atkins
Alden L. Atkins
Vincent van Panhuys
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 - West
Washington, DC 20037
Phone: 202-639-6613
Fax: 202-879-8813
aatkins@velaw.com

Roger W. Fones
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., N.W.
Suite 6000
Washington, DC 20006
Phone: 202-887-1500
Fax: 202-881-0763
rfones@mofo.com

Bert W. Rein
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:  202-719-7080
Facsimile: 202-719-7049
brein@wileyrein.com

Thomas W. Rhodes
Wm. Parker Sanders
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: 404-815-3551
Fax 404-685-6851
trhodes@sgrlaw.com

*Counsel for Defendant
AirTran Airways, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION | CIVIL ACTION NO. 1:09-md-2089-TCB ALL CASES |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2014, the foregoing Statement of AirTran Airways, Inc. Regarding Appointment of Special Master was electronically filed with the Clerk of Court using the CM/ECF which will automatically send email notification to all counsel of record who have appeared in this matter.

May 13, 2014

s/ Alden L. Atkins
Alden L. Atkins
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC  20037-1701
Telephone:  202-639-6613
Facsimile: 202-839-8813
aatkins@velaw.com

*Counsel for Defendant*
*AirTran Airways, Inc.*