IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE DELTA/AIRTRAN BAGGAGE | ) | CIVIL ACTION FILE |
| FEE ANTITRUST LITIGATION | ) | NUMBER 1:09-md-2089-TCB |

## **O R D E R**

Pursuant to Federal Rule of Civil Procedure 53 and hearing no objection from the parties, the Court hereby appoints Mr. Bruce P. Brown of Bruce P. Brown Law as a special master in this case, having found that the issues related to discovery are unduly complicated and voluminous. Mr. Brown shall preside over any hearing on and submit a report and recommendation to the Court resolving Plaintiffs' motion for discovery sanctions [413].

Mr. Brown and counsel may consult regarding the scheduling of a hearing on Plaintiffs' motion, a proposed date for issuance of the R&R after the hearing, deadlines and page limits for filing objections and responses to objections, and page limits on the number of exhibits attached to the objections and responses. Mr. Brown shall file, as soon as possible, the proposed schedule for the Court's approval. Any hearing on Plaintiffs'

motion shall take place in an available courtroom of the Richard B. Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia.

The parties may communicate with Mr. Brown on an ex parte basis only to discuss administrative and scheduling matters. Similarly, Mr. Brown may contact the Court on an ex parte basis only to discuss administrative and scheduling matters. Mr. Brown's point of contact with the Court is the law clerk assigned to this case, Alice Snedeker (alice_snedeker@gand.uscourts.gov, 404-215-1418). Mr. Brown shall be compensated at $425 per hour, and Plaintiffs and Delta are each responsible for forty-five percent and AirTran for ten percent of Mr. Brown's fees and any other expenses he incurs related to his special master duties in this case.[1]

To facilitate making the case file available to Mr. Brown, the Court authorizes that he be provided with access to the filings of this case through CM/ECF. He shall have access to all filings, including sealed items. The Clerk is directed to provide Mr. Brown with the requisite account and password without charge. Such access is granted for Mr. Brown's use solely in this case.

---

[1] Mr. Brown shall bill the parties directly, and he and counsel may consult on how to handle billing for his services and expenses. Mr. Brown shall email to the Court copies of all invoices provided to the parties.

Finally, the Clerk is DIRECTED to include Mr. Brown on the docket of this case and provide notification of all filings and court orders to him.

IT IS SO ORDERED this 14th day of May, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge