IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE DELTA/AIRTRAN BAGGAGE )    CIVIL ACTION FILE
FEE ANTITRUST LITIGATION       )    NUMBER 1:09-md-2089-TCB

## **O R D E R**

After review, the Court ADOPTS the proposed schedule submitted by the special master [487] as the order of the Court.

IT IS SO ORDERED this 19th day of June, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge